CSK
F.#2009R01998

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

CHAIM MAYER LEBOVITS,
AVIGDOR GUTWEIN,
LEO FEKETE,
MOSES NEUMAN, also known as
    "Moishe,"
YUDAH NEUMAN, also known as
    "Yeheedle" and "Lenny," and
EDWARD GRODSKY,

        Defendants.

- - - - - - - - - - - - - - - - - X

UNSEALING ORDER

11CR134(SJ)

    Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Charles S. Kleinberg, for an order unsealing the above captioned indictment,

    WHEREFORE, it is ordered that the indictment be unsealed.

Dated:    Brooklyn, New York
          February 23, 1011

                s/ SMG
            HONORABLE STEVEN M. GOLD
            UNITED STATES MAGISTRATE JUDGE
            EASTERN DISTRICT OF NEW YORK