## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE   Steven M. Gold             DATE :   2/23/11

DOCKET NUMBER:   11CR134(SJ)          LOG # :   4:13 – 4:24
                                                4:25 – 4:37

DEFENDANT'S NAME :   ✓ Moses Neuman
   ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

DEFENSE COUNSEL :   Susan Necheles
   ___ Federal Defender    ___ CJA    ✓ Retained

A.U.S.A:   **Charles Kleinberg**          DEPUTY CLERK :   **Felix Chin**

INTERPRETER : _____ (Language) _____

_____ Hearing held.  _____ Hearing adjourned to _____

✓ Defendant was released on  $1.5 million  PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

2  Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type____  Start_____  Stop_____

✓ Order of Speedy Trial entered.   Code Type____  Start 2/23/11  Stop 3/7/11

✓ Defendant's first appearance.   ✓ Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for  3/7/11  @  9:30  before Judge  Johnson

OTHERS : _____

_____

_____