# HAFETZ NECHELES & ROCCO

ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110
TELEPHONE: (212) 997-7595
TELECOPIER: (212) 997-7646
E-MAIL: INFO@HNRLAWOFFICES.COM

October 11, 2011

VIA ECF

The Hon. Sterling Johnson, Jr.
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    *United States v. Lebovitz, et al.*, No. 11 Crim. 134

Dear Judge Johnson:

We represent Moses Neuman in the above-referenced matter. We will file a motion to suppress on October 14. Due to the wide-ranging and complex issues with respect to this motion, we respectfully request the Court's permission to file a 30-page supporting memorandum of law.

Thank you for your consideration.

Respectfully submitted,

Susan R. Necheles

cc: All Counsel (*via ECF*)