UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------x
UNITED STATES OF AMERICA                :
                                        :
     -v-                                :
                                        :
                                        :    Hon. Sterling Johnson, Jr.
                                        :    11-cr-134-SJ-SG
CHAIM LEBOVITS, ET AL.,                 :
                                        :
                Defendants.             :
                                        :
-------------------------------------------------------------------x
```

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and declaration of Susan R. Necheles with attached exhibits, Defendant Moses Neuman, by his counsel Hafetz Necheles and Rocco, will move this Court before the Honorable Sterling Johnson, Jr., at the U.S. Courthouse, 225 Cadman Plaza East, Brooklyn, New York, as soon as counsel can be heard, for an order suppressing evidence derived from the wiretap interceptions of his cellular telephone.

Dated: New York, New York
October 14, 2011

                                      HAFETZ NECHELES & ROCCO

                                      s/Susan R. Necheles
                                      Susan R. Necheles
                                      Joshua R. Geller
                                      500 Fifth Avenue
                                      29th Floor
                                      New York, New York 10110§
                                      212-997-7595
                                      snecheles@hnrlawoffices.com
                                      jgeller@hnrlawoffices.com

                                      *Attorneys for Defendant Moses Neuman*