UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
   -v-                            :
                                  :
                                  :   Hon. Sterling Johnson, Jr.
                                  :   11-cr-134-SJ-SG
CHAIM LEBOVITS ET AL.,            :
                                  :
           Defendants.            :
                                  :
---------------------------------------------------------------x

**DECLARATION OF SUSAN R. NECHELES, ESQ. IN SUPPORT OF
DEFENDANT MOSES NEUMAN'S MOTION
TO SUPPRESS EVIDENCE DERIVED FROM WIRETAPS**

STATE OF NEW YORK   )
                    :   SS.:
COUNTY OF NEW YORK  )

Susan R. Necheles hereby declares under penalty of perjury that:

1. I am an attorney duly admitted to practice in this Court. I am a partner in the law firm of Hafetz Necheles & Rocco, counsel to defendant Moses Neuman in this action. I submit this declaration and the attached exhibits in support of Mr. Neuman's motion to suppress evidence derived from the wiretap interceptions of his telephone.

2. Attached hereto as Exhibit A is the January 11, 2010 affidavit of U.S. Postal Inspector Maria Albright in support of the government's application for the interception of wire communications.

3. Attached hereto as Exhibit B is a transcript of a November 3, 2009 consensually recorded call between Morton Siegel and Moses Neuman.

4.      Attached hereto as Exhibit C is a transcript of an October 29, 2009 consensually recorded call between Morton Siegel and Moses Neuman.

5.      Attached hereto as Exhibit D is the February 18, 2010 affidavit of U.S. Postal Inspector Maria Albright in support of the government's application for continued interception of wire communications.

6.      Attached hereto as Exhibit E is the March 19, 2010 affidavit of U.S. Postal Inspector Maria Albright in support of the government's application for continued interception of wire communications.

7.      Attached hereto as Exhibit F is the February 5, 2010 affidavit of U.S. Postal Inspector Maria Albright in support of the government's application for a search warrant for Moses Neuman's text messages.

8.      Attached hereto as Exhibit G is the April 30, 2010 affidavit of IRS Agent Sheldon Tang in support of the government's application for a search warrant for the electronic mail accounts of Moses Neuman and Yudah Neuman.

9.      Attached hereto as Exhibit H is a chart listing certain intercepted calls of Moses Neuman that were not minimized.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 14, 2011.

s/Susan R. Necheles<br>
Susan R. Necheles