**Transcript of November 3, 2009 Consensually Recorded Call between Morton Siegel and Moses Neuman.**

Neuman: Yeah, hello?

Siegel: Ah Moishe, it's me again.

Neuman: Hi how are you?

Siegel: Fine thank you. How are you today?

Neuman: I'm fine, how is everything with you?

Siegel: Well you know- it could be better, could be worse. I'm not calling to complain. I uh did have just- I wanted you uh said you had some information that would be forthcoming so I thought I'd call you back.

Neuman: Nothing, nothing, nothing is forthcoming so far um-

Siegel: Well let me tell- can I ask you a few questions and then I promise it'll be years before I bother you again.

Neuman: No, no you can call me as much as you want. I'm happy you're calling me.

Siegel: I'm always curious about things you know and since I'm your best uh, your best client- I just titled myself your best client, you understand, it would help me to understand a little because you know, the 2 years have gone by and we're about to close this thing with a successful close. I just want to ask you one thing about the medical terms um remember when I went to the doctor with the TIA? And I told her I had high blood pressure and I was dizzy and I had a stroke and I fell on the floor in the street and all, how did that work out?

 **Neuman: Well uh, I, I, to be honest I don't know how to read this doc- we ordered the records from the doctor and we sent, we, we sent them to an underwriter to read, to deal with because I don't know how to read it**.

Siegel: Ok- I don't just- if you could tell me what the point of that is- what were, what were we gaining because you know I don't want to look like an idiot every time I walk in.

Neuman: No, no, no. If you tell them what, how you are feeling, and if you have any diseases, you know, then, then it helps the medical records. Whatever you feel- if you tell me you have vertigo let's say right and the underwriter decides that that lowers you know, your life expectancy, which you have vertigo, which, which helps us. Everything has to be documented. That's the whole point. The whole thing is that everything has to be documented and if doctor doesn't know about it, it doesn't get documented so we don't know.

Siegel: So what would the difference, what would- how would it have made the difference to our, to our policy?

 Neuman: Well um, if the doctor says, let's say example, the vertigo. If the doctor says that you have vertigo and, and the underwriter says that the vertigo is something that people live less with

it, then they would give you a less life expectancy, so that means the policy would be more worth. It would be worth more.

Siegel: Ok so I did the best I could.

Neuman: Right, right, no I understand. All I wanted- yeah thank God. All I wanted you should say is **that you had vertigo and that you have the problems that you're having and we'll take it from there.** It's a process it takes a few months to see it get better.

Siegel: Ok I just wanted uh- I'm going to send a bill, it's not very much. I put it in an envelope.

Neuman: Tell me how much it is you don't have to send it. How much is it?

Siegel: No it's in an envelope I need your zip code. I have your address- what is your zip code just forgive me.

Neuman: 11219. You can tell me the amount. I can send you the check today.

Siegel: 11219. Ok let me just ask you this, ah, it's my favorite subject, if you don't mind me picking it up, whatever happened with our famous $500 a month? That was our-

Neuman: No, no, no we're getting, we're getting- what are you saying?

Siegel: That was the way we started, remember?

Neuman: Right. It's basically the $500 a month is an advance money from the investors for the money for the future. It's, it's an advanced money the investors gave, the, money. Investors were dry for money, they didn't have money; they're getting in money this week and hopefully we'll be able to start it again. Hopefully- I hope, I hope that this week we'll be able to send it out. I hope so. I'm waiting from them to get money.

Siegel: Would that be ah going back to the year behind or that starts-

Neuman: I have to ah talk to them and find out with them.

Siegel: Would it be uh- possible just to bring up one subject that, that I will not be bringing this up so many times though just-

Neuman: It's ok, it's ok don't worry.

Siegel: What about the selling policy, like when do you expect to sell it and for how much?

Neuman: We don't have, we don't have an amount because we don't know what the medical records looks so what it is, if we can tell it at all is that the market is gonna be- what's right now the market is very tough and uh I told you a few times I don't have an amount. What I'm expecting to start looking into it in the beginning of next year.

Siegel: Well you're not gonna give it away are you? I mean it's not gonna-

Neuman: No, no, no, no, no, were not giving nothing away, were not giving nothing away. Nothing is giving away we're just gonna try- you know the investor has a lot of money in this so we'll try to get money and cause a profit.

Siegel: You know that uh when we started this uh with Ed, remember uh how is Ed incidentally, do you talk to Ed? Ed Grodsky, do you ever touch with-

Neuman: No I haven't spoke with him in a few weeks but um he's fine I think. He has heart problems.

Siegel: Oh I didn't know that. So what, what would I be getting from this? I was told when we started that I would get 2 million. That was, I mean I'm not making that up. That was from Ed and I just wanted-

Neuman: I understand. At that time, the thing is, at that time, first of all we were hoping to make 4-5 policies. We didn't make 4-5, we only made 1 or 2. And, and at that time the market was much better, the financial companies were buying policies so we knew what was going on.

(Call waiting beeps)

Siegel: Hello-

Neuman: I don't know, we'll have to wait and see until the actual date and you know I, I cannot tell you numbers and I have no way of finding it out after we shop around to see the market.

Siegel: And that would be happening at what point?

Neuman: I have to check when the policy is 2 years old. At that point when the policy becomes 2 years old that's the time when we start shopping. Then it takes 3-6 months to get answers.

Siegel: And, and when you sell it then who gets money? You two and uhh-

Neuman: You, you get the money and you, you sign it over to the investors and everything.

Siegel: I'm sorry I missed that.

Neuman: You get the money, you, you get the money. You have to sign everything. It goes into you. You get the money.

Siegel: And then I give you the money? Is that the idea?

Neuman: Then you give the investor the money, the investor.

Siegel: Ok. Well as I say I'm sorry I bother you all the time.

Neuman: That's ok, yeah don't worry about it.

Siegel: So I'm through now with the medical thing. I don't have to go back to the doctor again for any reason-

Neuman: Whatever you feel, whatever you feel.

Siegel: No I well you know I'm working with the company with you so I do what you, what you think is-

Neuman: How you, how have you been feeling?

Siegel: Well uh I don't know if it's a good thing to say to you but I'm feeling great (laughs). But then we don't wanna lose money with me feeling great so I have to get myself back into a lower status right? (laughing) I know I was only kidding. Ah uh-

Neuman: I'm waiting for underwriter to review it; once the underwriter reviews it then we'll take it from there.

Siegel: Sorry what was that?

Neuman: What?

Siegel: I'm sorry, I didn't hear, I'm getting–

Neuman: I'm waiting, I'm waiting for the record to review. It's still far away, it's still very far away. I have to find out when the policy is 2 years old, and then once I see, once I see that, you know, I'll let you know. You know I'm gonna call you-

**Siegel: Ok I just want to tell you, you know that- you're asking me as though you think the TIA was real. They were all made up. I had nothing to do with the TIA. You know that, that's- I was wondering why you asked me the question. Remember, Lenny came up with the TIA, he brought that into me. Hello?**

**Neuman: Yeah hello? I can't hear you. I'm in the basement over here.**

**Siegel: Oh I'm sorry. No I'm just saying that all the TI symptoms were made up. I, I didn't have that.**

**Neuman: Oh you don't have vertigo and TIA?**

**Siegel: None of that. Well I had a little vertigo about 2 years ago but I, we can't live with that because I don't have it anymore.**

**Neuman: But I thought you told me you had it.**

**Siegel: Well I did but I don't get up every day with vertigo.**

**Neuman: No, not everybody with TIA and vertigo don't get up every day, whenever they get up-**

**Siegel: Oh, well the last vertigo I had was about 2 years ago so-**

**Neuman: Oh I thought you just had it, I didn't realize-I thought you just had it.**

Siegel: Ok well as long as it stays where it is I'll try to stay alive until I sign uh-

Neuman: No no- it's still 120-

Siegel: I'll sign contract then I'll drop dead. Ah, when will I hear from you? At some point in the near future?

Neuman: I'm gonna let you know, I'm gonna let you know in the next day or two when policy is 2 years and at that point it, takes another 3-6 months after the 2 years so we won't know- I won't know- I'll know in a few days when the policy is 2 years old and we'll take it from there.

Siegel: Ok. Stay well.

Neuman: You too. Feel good and uh I'll be in touch with you. I'm in the city so I'll stop by and say hello.

Siegel: Ok I'd like that. Thank you. Bye bye.