**Transcript of October 29, 2009 Consensually Recorded Call between Morton Siegel and Moses Neuman.**

*Neuman's voice is not audible on the recording.*

Siegel: Hello may I speak with Moishe please?

Siegel: Moishe, guess who's calling you? This is Morton Siegel. How are you Moishe? I'm fine thank you. And you?

Neuman: --

Siegel: Oh, ok. Uh Moishe, I haven't heard from you in all this time. Is there anything-

Neuman: --

Siegel: Ok it would help ah-**you told me that when I went yea I went to the doctor for the TIA and uh I had to pay personally,** who can I uh who can I-

Neuman: --

Siegel: Well the best we could do. What about the payment ah to me? Can I send you a-

Neuman: --

Siegel: Should I send you-

Neuman: --

Siegel: Should I send you the bill?

Neuman:--

Siegel: Ok well I'll, I'll ah-I guess I'll send you the bill so I have to look it up and see what to - cause they're ah they're in they're in different ah they're in different formats, one is from Medicare, one is from the doctor and- I, I can't remember right now. I'll get back to you on that. What is your address also let me just send it to you.

Neuman:--

Siegel: Yes it's, it's less than that. Give me your address and I'll send it.

Neuman: --

Siegel: Well it's easier for me to send it to you. I'm not good at faxing.

Neuman: --

Siegel: 49th street Brooklyn?

Neuman: --

Siegel: Alright let me just send it to you. Ah, Moishe what's your last name? I have to write, I never do, spell it please.

Neuman: --

Siegel: Now Moishe what about the other, part 2 the a, the 500$ a month is that-

Neuman:--

Siegel: Ok.

Neuman:--

Siegel: Is there uh, how is the situation now generally. With the insurance?

Neuman:--

Siegel: What-would I know?

Neuman:--

Siegel: Ok. And uh, what about we talked last time, about, what, what the selling time would be. Will you be selling this by a certain time? Ah January or so? We started with 2 years, is there a-

Neuman:--

Siegel: About when, when would that be?

Neuman: --

Siegel: No not the exact.

Neuman: --

Siegel: Ok. And what about me do I have to be signing it or something am I part of the-

Neuman:--

Siegel: So that should be ah good news for me and maybe good news for you and the company.

Neuman: --

Siegel: Is there some, a way to know how much, it would be for the policy what you're trying to sell it for? Just, just for my curiosity.

Neuman: --

Siegel: No figure? Do you have a figure? Just-

Neuman: --

Siegel: Ok.

Neuman: --

Siegel: Ok, alright well maybe you can fill me in on some of the things you know. It'd be nice to get the 500 again and I'll be talking to you soon. Take care of yourself.

Neuman: --

Siegel: If I –

Siegel: Oh of course. I'll call you Tuesday about this time.

Neuman:--

Siegel: Take care of yourself.

Neuman:--

Siegel: I couldn't-thanks to you I'm healthy as a horse. (laughs) Thank god. Take care of yourself.