**Sample of Non-Pertinent Yiddish Calls Taped in Full (Not Minimized)**

| Session | Date | Duration | Government Notes |
|---|---|---|---|
| 439 | 1/25/10 | 3:03 | "CONVERSATION WITH HAIM LNU INVOLVING REAL ESTATE FORECLOSURES, LOANS AND COURT PROCEDURES<br><br>END OF CALL" |
| 577 | 1/26/10 | 3:16 | "THE PARTIES DISCUSS ONE MRS. METZLINGER WHO NEEDS TO GET A RIDE BETWEEN MANHATTAN AND BOROPARK" |
| 1052 | 2/1/10 | 3:02 | "CALL REGARDING INVOICES<br><br>NON PERTINENT" |
| 2077 | 2/12/10 | 4:21 | "INCOMING CALL<br><br>YH AND MN DISCUSSING THE ARRANGEMENTS TO TRAVEL WITH YOSEF DUVID GOLD<br><br>MN HAS EVERYTHING READY WITH HIM , THE CHECKS AND ALL ,AS PER MN<br><br>THE PARTIES AGREED TO DISCUSS AFTER YDG FINDS OUT ABOUT THE TIME TO GO, BY CALLING OUT<br><br>END OF CALL" |
| 2973 | 2/22/10 | 4:40 | "OUTGOING CALL TO YEHEEDLE.<br><br>CONVERSATION IN ENGLISH/YIDDISH.<br><br>BUSINESS CALL PERTAINING TO MEDICAL SUPPLY BUSINESS." |
| 3211 | 2/24/10 | 4:17 | "INCOMING CALL IN YIDDISH.<br><br>THE PARTIES DISCUSS THE E-MAILS THE CALLER MOISHELEH [ID BY MN] HAS |

1

| Session | Date | Duration | Government Notes |
|---|---|---|---|
| | | | RECEIVED FROM MN'S MEDICAL BUSINESS.<br><br>THE PARTIES AGREED TO MEET ON TUSEDAY AFTER THE HOLIDAY OF "PURIM"<br><br>THE TARGET E-MAIL ADDRESS 5591800@G-MAIL.COM6<br><br>END OF CALL" |
| 3428 | 2/26/10 | 3:50 | "SOCIAL CONVERSATION<br><br>THE PARTIES DISCUSS EXCHANGING MONEY INTO SMALLER BILLS FOR JEWISH TRADITIONAL CHARITY GIVING ON PURIM.<br><br>END OF CALL" |
| 4701 | 3/14/10 | 3:58 | "Incoming call - call in Yiddish, interpreter not available, call recorded<br>THE PARTIES DISCUSSED THE CIRCUMCISION TRADITIONS" |
| 4774 | 3/15/10 | 3:27 | "Call in Yiddish, interpreter not available (on-call), call monitored and recorded.\SOCIAL CALL<br>THE PARTIES DISCUSSED THE CIRCUMCISION TRADITIONS AND HONORS DIVIDED AMONG REVERED GUESTS" |
| 4844 | 3/15/10 | 4:44 | "Incoming call; Yiddish call. Interpreter unavailable.<br><br>DISCUSS A PLACE TO CELEBRATE THE NEW BABY<br><br>SOCIAL CONVERSATION<br><br>END OF CALL" |
| 5279 | 3/18/10 | 4:01 | "SOCIAL CONVERSATION ABOUT NECESSARY SUPPLY FOR CATERING EVENT AND RITUAL HONORS FOR THE GUESTS.<br><br>END OF CALL |

| Session | Date | Duration | Government Notes |
|---|---|---|---|
| | | | Yiddish conversation, call recorded and monitored.<br><br>edited text gwm" |
| 5549 | 3/19/2010 | 3:03 | "Outgoing call; Yiddish call. Interpreter unavailable. SOCIAL CONVERSATION ABOUT VODKA FOR THE PARTY" |
| 5587 | 3/19/2010 | 3:05 | "Outgoing call; Yiddish spoken. Interpreter unavailable.<br><br>THE PARTIES DISCUSS PARTY ARRANGEMENTS [FREEZER, ICE-CREAM]" |
| 5831 | 3/22/10 | 4:45 | "Call in yiddish, interpreter not available call monitored and recorded.<br><br>SOCIAL CONVERSATION<br><br>COMMUNITY OBLIGATIONS ARE DISCUSSED" |
| 6039 | 3/24/10 | 3:22 | "Yiddish conversation, interpreter not available call monitored and recorded.<br><br>Possibly business related.<br><br>SOCIAL CONVERSATION WITH HAIM [ID BY TARGET] MEDICAL BUSINESS RELATED TOPICS ARE DISCUSSED" |
| 6279 | 3/26/10 | 3:53 | "Incoming from Yehuda<br><br>Yiddish conversation, Interpreter not available, call monitored and recorder<br><br>Believed to be related to shipping for business/ minimized...." |
| 6696 | 4/8/2010 | 3:32 | "Incoming call from UF (wife?) Conversation in Yiddish.<br><br>Interpreter not available. Call recorded. Maybe talking about air conditioning. Probably not the wife because UF asked MN about the baby.<br><br>SOCIAL CONVERSATION ABOUT PURCHASING |

| Session | Date | Duration | Government Notes |
|---|---|---|---|
| | | | AN AIR-CONDITIONER" |
| 6709 | 4/8/10 | 3:42 | "Incoming call from HAIM. Conversation in Yiddish. Interpreter not available, call recorded. HAIM OF "SUNSET MEDICAL SUPPLY" CALLED MN. THE PARTIES DISCUSSED MEDICAL SUPPLY BUSINESS RELATED ISSUES." |
| 7171 | 4/15/10 | 3:19 | "OUTGOING CALL HAIM CALLED MN MEDICAL SUPPLY BUSINESS RELATED TOPICS ARE DISCUSSED. SOCIAL CONVERSATION END OF CALL" |
| 7320 | 4/16/10 | 4:03 | "SPEAKING WITH HAIM..FROM THE SUNSET MEDICAL. CONVERSATION PERTAINING TO MEDICAL SUPPLY BUSINESS AND ACCOUNTING ISSUES." |