UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
UNITED STATES OF AMERICA                :
                                                                           :
         -v-                                                           :
                                                                           :
                                                                           :         Hon. Sterling Johnson, Jr.
                                                                           :         11-cr-134-SJ-SG
CHAIM LEBOVITS ET AL.,                        :
                                                                           :
                  Defendants.                           :
                                                                           :
------------------------------------------------------------------x


**DECLARATION OF JOSHUA R. GELLER, ESQ. CONCERNING THE
ELECTRONIC FILING OF DEFENDANT MOSES NEUMAN'S MOTION
TO SUPPRESS EVIDENCE DERIVED FROM WIRETAPS**

STATE OF NEW YORK        )
                                                  :        SS.:
COUNTY OF NEW YORK    )

   Joshua R. Geller hereby declares under penalty of perjury that:

   1.   I am an attorney duly admitted to practice in this Court.  I am an associate in the law firm of Hafetz Necheles & Rocco, counsel to defendant Moses Neuman in this action.  I submit this declaration pursuant to the guidelines set forth in this Court's cm/ECF User's Guide with respect to technical failures of electronic filing.  *See* User's Guide at 10.

   2.   On October 14, 2011, I attempted to file electronically Mr. Neuman's motion to suppress. The E.D.N.Y. Public Web Site was unable to accept the filing due to a technical failure.  I attempted to file electronically two times after 12:00 p.m., and these attempts were separated by more than one hour.

      3.      Accordingly, I am filing the motion papers today, which is the next business day.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2011.

                                                      s/Joshua R. Geller
                                                      Joshua R. Geller