

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

November 14, 2011

By ECF

The Honorable Steven M. Gold
Chief United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Chaim Lebovits, CR 11-134
           (SJ)(SMG)

Dear Chief Magistrate Judge Gold:

      The government writes to advise the Court of an additional fact that is relevant to the government's request, filed on November 8, 2011, for an extension of the briefing schedule on the motions filed by defendants Avigdor Gutwein, Moses Neuman, Yudah Neuman and Chaim Lebovits (the "Moving Defendants"), a copy of which is annexed hereto as Exhibit 1.  As noted in the government's November 8 letter, the government made the request on November 8 with the consent of all of the Moving defendants, except Chaim Lebovits, the latter of whom had not yet responded to the government's inquiry as to whether he consents to the schedule to which the government and the other Moving Defendants had already agreed.

      The government writes to advise the Court that defendant Lebovits has, subsequent to November 8, notified the government that he consents to the requested adjournment schedule.  Thus, the government asks, with the consent of all of the Moving defendants, that the Court grant the requested adjournment schedule.

Thank you for your attention.

>Respectfully submitted,
>
>Loretta E. Lynch
>United States Attorney
>Eastern District of New York

By: _____
    AUSA Charles Kleinberg
    Assistant U.S. Attorney
    (718) 254-6012