

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

November 8, 2011

By ECF

The Honorable Steven M. Gold
Chief United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  <u>United States v. Chaim Lebovits</u>, CR 11-134
           (SJ)(SMG)

Dear Chief Magistrate Judge Gold:

     By order dated October 20, 2011, Judge Johnson referred to you for report and recommendation five motions filed by four of the defendants (the "Moving Defendants") in the above action, to wit: defendants Moses Neuman; Yudah Neuman; Avigdor Gutwein; and Chaim Lebovits.  The government writes with the consent of all of the Moving Defendants except Chaim Lebovits[1] for an order adjourning the remainder of the briefing schedule on the motions filed by the Moving Defendants, as follows: the government's papers in opposition to the motions will be served and filed by December 23, 2011; and the reply papers of the Moving Defendants will be served and filed by January 13, 2012.

     The reasons for the requested adjournment are as follows: (1) the undersigned was on trial through October 24, 2011 (which was one and a half weeks after the motions

---

[1] The government, by email sent yesterday, sought the consent of the attorneys for Chaim Lebovits to this application, however, they have not yet responded.  The only motion filed by Chaim Lebovits was for a bill of particulars.

were filed); (2) the government needs additional time to respond to the defendants' motion papers, which consist of over 90 pages of briefs and hundreds of pages of exhibits; and (3) the Moving Defendants need the requested adjournment in part because of the proximity of the holidays to the due date for the government's moving papers.

                          Respectfully submitted,

                          Loretta E. Lynch
                          United States Attorney
                          Eastern District of New York

By: _____
     AUSA Charles Kleinberg
     Assistant U.S. Attorney
     (718) 254-6012