# HAFETZ NECHELES & ROCCO

ATTORNEYS AT LAW

---

500 FIFTH AVENUE
NEW YORK, N.Y. 10110

TELEPHONE: (212) 997-7595
TELECOPIER: (212) 997-7646
E-MAIL: INFO@HNRLAWOFFICES.COM

December 8, 2011

VIA ECF

The Hon. Sterling Johnson, Jr.
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *United States v. Lebovits, et al.*, No. 11 Crim. 134

Dear Judge Johnson:

    Pursuant to the Court's order of today's date, the defendants who have filed pre-trial motions in the above-referenced action (the "Moving Defendants") submit this joint letter together with the government.

- Moses Neuman has filed a motion to suppress (Docket No. 66);
- Yudah Neuman has filed a motion for discovery and a motion to suppress (Docket Nos. 63 and 64);
- Avigdor Gutwein has filed a motion to dismiss and a motion to suppress (Docket No. 62); and
- Chaim Lebovits has filed a motion for a bill of particulars (Docket No. 65).

    Each Moving Defendant agrees with the government that his respective pre-trial motions should be held in abeyance until the next scheduled conference before Your Honor on January 19, 2012, for the purpose of his own plea negotiations.

HAFETZ NECHELES & ROCCO

The Hon. Sterling Johnson, Jr.
December 8, 2011
Page 2 of 2

                                      Respectfully submitted,

s/Susan R. Necheles
Susan R. Necheles
*Counsel for Defendant Moses Neuman*

s/David Spears
David Spears
*Counsel for Defendant Yudah Neuman*

s/Jacob Laufer
Jacob Laufer
*Counsel for Defendant Avigdor Gutwein*

s/ Nathaniel Z. Marmur
Nathaniel Z. Marmur
*Counsel for Defendant Chaim Lebovits*

s/Charles Kleinberg
AUSA Charles Kleinberg
*Counsel for the United States*

cc:    All Counsel (*via ECF*)