

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

February 27, 2012

By ECF

The Honorable Steven M. Gold
Chief United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Chaim Lebovits, CR 11-134
     (SJ)(SMG)

Dear Chief Magistrate Judge Gold:

  The government is filing today a single brief in response to five motions filed by four of the defendants (the "Moving Defendants")in the above case, namely: (1) the motion of Moses Neuman to suppress telephone calls, emails and text messages over his phone or seized from his email accounts; (2) the motion of Yudah Neuman to suppress emails seized from his email accounts; (3) the motion of Yudah Neuman for the issuance of 17(c) subpoenas; (4) the motion of Avigdor Gutwein to dismiss the indictment or to strike paragraph 8 of the indictment and to suppress telephone calls over his phone; and (5) the motion of Chaim Lebovits for a bill of particulars.  While each of these five motions was argued in a separate brief filed by the Moving Defendant who made the motion, all of the Moving Defendants joined in each of the five motions.  The five briefs in support of the five motions total 91 pages.

  The government seeks permission to file a single brief in response to the five motions totaling 99 pages.  The filing of a single brief in response to the five motions is more convenient.

Thank you for your attention.

>	Respectfully submitted,
>
>	Loretta E. Lynch
>	United States Attorney
>	Eastern District of New York
>
>
> By:	_____
>	AUSA Charles Kleinberg
>	Assistant U.S. Attorney
>	(718) 254-6012