# UNITED STATES DISTRICT COURT

_____ EASTERN _____ DISTRICT OF _____ NEW YORK _____

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

CONTENTS OF ELECTRONIC COMMUNICATIONS SENT OR RECEIVED OVER MOBILE TELEPHONE NUMBER (917) 559-1800, WITH ESN 268435457600516523, SERVICED BY SPRINT PCS,

Defendant.

*UNDER SEAL*

## SEARCH WARRANT
CASE NUMBER:

**M-10-125**

TO: __MARIA ALBRIGHT__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____ MARIA ALBRIGHT _____ who has reason to believe that [ ] on the person of [X] on the premises known as (name, description and/or location)

*("The SUBJECT 1800 TELEPHONE")*

CONTENTS OF ELECTRONIC COMMUNICATIONS SENT OR RECEIVED OVER MOBILE TELEPHONE NUMBER (917) 559-1800, WITH ESN 268435457600516523, SERVICED BY SPRINT PCS, SUBSCRIBED TO IN THE NAME OF MELISSA NEUMAN, 1181 44TH STREET, BROOKLYN, NEW YORK 11219 IN ELECTRONIC STORAGE OR IN A REMOTE COMPUTING SERVICE BY SPRINT PCS, 6480 SPRINT PARKWAY, OVERLAND, KANSAS

in the __EASTERN__ District of __NEW YORK__ there is now concealed a certain person or property, namely (describe the person or property)

All electronic communications, including numeric, alpha numeric and text messages *sent or received over the SUBJECT 1800 TELEPHONE from November 3, 2009 to December 3, 2009, concerning the participation of Moses Neuman in a scheme to commit conspiracy, mail fraud, wire fraud, and money laundering in violation of Title 18 United States Code Sections 371, 1341, 1349 and 1956.*

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this *MA* warrant.

YOU ARE HEREBY COMMANDED to search on or before __February 12, 2010__
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search in the daytime - 6:00 A.M. to 10:00 P.M. and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __ANY U.S. MAGISTRATE OR DISTRICT JUDGE__ as required by law.

*2/5/10  1:30 pm*          at __BROOKLYN, NEW YORK__   [signature] Date and Time Issued
                              City and State

Chief Magistrate Judge Gold                                                     Name and Title
of Judicial Officer              Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME OF WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____     _____
U.S. Judge or Magistrate                              Date