# UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF _____NEW YORK_____

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

THE PREMISES KNOWN AS ELECTRICAL MAIL ADDRESS "EGSYS@AOL.COM" (the "PREMISES") controlled by the web-based electronic mail service provider America Online ("AOL" or the "Provider")

UNDER SEAL

**SEARCH WARRANT**
CASE NUMBER:

**M-10-127**

Defendant.

TO: __SHELDON TANG__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __SHELDON TANG_____who has reason to
                                                        Affiant

believe that   [ ] on the person of   [X] on the premises known as (name, description and/or location)

ELECTRICAL MAIL ADDRESS "EGSYS@AOL.COM" (the "PREMISES") controlled by the web-based electronic mail service provider America Online ("AOL" or the "Provider")

in the _____EASTERN_____ District of _____NEW YORK_____ there is now concealed a certain person or property, namely (describe the person or property)

See attached rider

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __February 12, 2010__
                                                                Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search in the daytime - 6:00 A.M. to 10:00 P.M. and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____ANY U.S. MAGISTRATE OR DISTRICT JUDGE_____
as required by law.

2/5/10 2:20 PM       at BROOKLYN, NEW YORK                    Date and Time Issued
                        City and State

Chief Magistrate Judge   Gold                                                      Name and Title
of Judicial Officer                    Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME OF WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| | | |

| INVENTORY MADE IN THE PRESENCE OF |
|---|
| |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____   _____
U.S. Judge or Magistrate                               Date

<u>ATTACHMENT A</u>

I. <u>Search Procedure</u>

The search warrant will be faxed to Provider personnel who will be directed to produce those accounts and files described in Section II below.

II. <u>Files and Accounts to be Produced</u>

For the period from January 1, 2008 to the present:

a. All stored electronic mail and other stored content information presently contained in, or on behalf of, the AOL and AOL Instant Messenger account for the email address EGSYS@aol.com (hereinafter, the "Account");

b. All histories, profiles and "buddy lists" and/or "Friends lists" (including electronic mail addresses, screen names and/or ID's and other information stored) associated with the Account described above in Section II(a);

c. All existing printouts from original storage of all of the electronic mail described above in Section II(a);

d. All transactional information of all activity of the Account described above in Section II(a), including log files, dates, times, methods of connecting, ports, dial-ups, and/or locations;

e. All business records and subscriber information, in any form kept, pertaining to the Account described above in

24

Section II(a), including applications, subscribers' full names, dates of birth, social security numbers, all screen names associated with the subscribers and/or accounts, all account names associated with the subscribers, methods of payment, telephone numbers, addresses, and detailed billing records;

  f. All records indicating the services available to subscribers of the Account described above in Section II(a); and

  g. All email, including any attachments, sent by or received by the Account described above in Section II(a), whether saved or deleted, whether contained in the email accounts or in a customized "folder";

  h. All instant messenger messages, calendar items, screen names, member profiles, contacts, buddy lists and the content of any AOL online account features such as AOL pictures and Xdrive storage maintained by, or related to the Account described above in Section II(a).

  I. All web-pages, including any associated links, that were created or maintained by the user(s) of the Account described above in Section II(a).

ST III. The items above will be produced to taint Agents, not connected with this Investigation, to make sure that only items that concern the participation of EDWARD GRODSKY in a scheme to commit conspiracy, mail fraud, wire fraud and money laundering in violation of Title 18, United States Code, Sections 371, 1341, 1343, 1349 and 1956 are produced to the Investigating Agents and the prosecution Team.

25