# 347-451-0546
## _Non-Pertinent/Not Minimized_
## 2 Minutes +

| Session | Start Date/Time | Stop Time | Duration | Direction | Classification | Review Status | Monitor | Content | Dialed Digits | In Digits | Minimized By User | Language | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 492 | 02/23/2010 10:04:17 EST | 10:06:43 EST | 146 | Incoming | Non-Pertinent | Completed | BENASHER | Audio | | 9174166233 | No | Y | Discuss money/ money transfer |
| 546 | 02/23/2010 13:33:47 EST | 13:35:52 EST | 125 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 9174166233 | | No | Y | Party picks up after 25 seconds |
| 682 | 02/24/2010 12:34:04 EST | 12:36:16 EST | 132 | Incoming | Non-Pertinent | Completed | BENASHER | Audio | | 3472348770 | No | Y | Party picks up after 12 seconds |
| 697 | 02/24/2010 14:19:33 EST | 14:21:39 EST | 126 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 9174166233 | | No | Y | Party picks up after 12 seconds |
| 720 | 02/24/2010 15:27:10 EST | 15:32:09 EST | 299 | Incoming | Non-Pertinent | Completed | BENASHER | Audio | | 7185012299 | No | Y | |
| 722 | 02/24/2010 15:47:03 EST | 15:49:38 EST | 155 | Incoming | Non-Pertinent | Completed | BENASHER | Audio | | 3472348770 | No | Y | Party picks up after 20 seconds/ early in wire/ financial in nature |
| 784 | 02/24/2010 18:05:39 EST | 18:08:25 EST | 166 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 7188512215 | | No | Y | Talks about discussing file and meeting with co conspirator |
| 902 | 02/25/2010 16:26:48 EST | 16:29:26 EST | 158 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 17185012299 | | No | Y | at 1 min discuss life settlement company and money |
| 989 | 02/26/2010 12:04:30 EST | 12:06:52 EST | 142 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 19175600351 | | No | Y | Party picks up after 12 seconds/ discuss check/ payment |
| 1011 | 02/26/2010 13:51:15 EST | 13:53:23 EST | 128 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 17186332892 | | No | E | |
| 1261 | 03/01/2010 18:08:50 EST | 18:13:18 EST | 268 | Incoming | Non-Pertinent | Completed | BENASHER | Audio | | 8009346951 | No | E | Automated prompts from cell phone/ cell phone payment |
| 1350 | 03/02/2010 11:24:06 EST | 11:26:12 EST | 126 | Incoming | Non-Pertinent | Completed | BENASHER | Audio | | 3474823582 | No | E | VOICE MAIL |
| 1375 | 03/02/2010 13:24:22 EST | 13:30:29 EST | 367 | Incoming | Non-Pertinent | Completed | BENASHER | Audio | | 97236188794 | No | E | VOICE MAIL |
| 1389 | 03/02/2010 14:34:10 EST | 14:41:19 EST | 429 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 13474510546 | | No | E | CHECKING MESSAGES |
| 1442 | 03/03/2010 08:52:38 EST | 08:54:58 EST | 140 | Outgoing | Non-Pertinent | Completed | MCKECHNIE | Audio | 9174166233 | | No | Y | INA |
| 1475 | 03/03/2010 10:51:08 EST | 10:53:36 EST | 148 | Incoming | Non-Pertinent | Completed | BENASHER | Audio | | 6463313835 | No | Y | |
| 1528 | 03/03/2010 15:09:45 EST | 15:14:22 EST | 277 | Incoming | Non-Pertinent | Completed | MORRISON | Audio | | 7184368902 | No | Y | INA |
| 1580 | 03/03/2010 20:08:48 EST | 20:11:52 EST | 184 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 17189381168 | | No | Y | INA |
| 1694 | 03/04/2010 16:36:00 EST | 16:38:18 EST | 138 | Incoming | Non-Pertinent | Completed | BENASHER | Audio | | 3478650575 | No | E | CHECKING MESSAGES |
| 1697 | 03/04/2010 16:50:48 EST | 16:52:54 EST | 126 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 12129834800 | | No | E | Conversation starts at 12 seconds |
| 1727 | 03/04/2010 20:57:03 EST | 20:59:07 EST | 124 | Incoming | Non-Pertinent | Completed | BENASHER | Audio | | 7185012299 | No | Y | Party picks up after 25 seconds |
| 1769 | 03/05/2010 11:37:40 EST | 11:43:56 EST | 376 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 7185012299 | | No | Y | Discussion about money problems and mortgage problems payments |
| 1829 | 03/05/2010 14:20:20 EST | 14:26:06 EST | 346 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 9179723660 | | No | Y | Discuss financial issue, and half million dollar loan/ on hold |
| 1840 | 03/05/2010 15:35:19 EST | 15:38:51 EST | 212 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 17184374347 | | No | Y | Discuss mortgage/ money and money owed |
| 1874 | 03/07/2010 08:47:15 EST | 08:51:02 EST | 227 | Incoming | Non-Pertinent | Completed | SCHRIVER | Audio | | 3476932677 | No | Y | |
| 1880 | 03/07/2010 11:06:12 EST | 11:08:44 EST | 152 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 13478650575 | | No | Y | |
| 1936 | 03/07/2010 17:03:08 EST | 17:05:19 EST | 131 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 13478650575 | | No | Y | Call answered at 11 seconds and party ends call at 2:05 |

# 347-451-0546
## *Non-Pertinent/Not Minimized*
## 2 Minutes +

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | 03/08/2010 13:46:41 EST | 13:49:19 EST | 158 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 17184384647 | | No | Y | |
| 2038 | 03/08/2010 17:11:43 EST | 17:15:05 EST | 202 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 9174166233 | | No | Y | Discussion the words "criminal activity" and "deposition" heard |
| 2060 | 03/08/2010 20:51:10 EST | 20:54:30 EST | 200 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 17187533613 | | No | Y | |
| 2061 | 03/08/2010 20:54:52 EST | 21:08:44 EST | 832 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 7188710346 | | No | Y | |
| 2067 | 03/09/2010 09:02:51 EST | 09:05:04 EST | 133 | Incoming | Non-Pertinent | Completed | BENASHER | Audio | | 7186213369 | No | Y | Conversation regarding someone's issue in federal court |
| 2102 | 03/09/2010 12:24:54 EST | 12:28:23 EST | 209 | Incoming | Non-Pertinent | Completed | BENASHER | Audio | | 3476837793 | No | Y | Conversation about possible sale of policy and money |
| 2152 | 03/09/2010 17:48:50 EST | 17:51:13 EST | 143 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 17189381168 | | No | Y | Conversation about sources of income and commissions |
| 2159 | 03/09/2010 18:00:49 EST | 18:03:34 EST | 165 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 7185965100 | | No | E | Oberlander/on hold 20 sec./rescinded policy |
| 2162 | 03/09/2010 18:03:47 EST | 18:06:03 EST | 136 | Incoming | Non-Pertinent | Completed | BENASHER | Audio | | 8452386901 | No | Y | Conversation begins at 16 seconds |
| 2176 | 03/09/2010 18:54:23 EST | 19:00:09 EST | 346 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 7185012299 | | No | E | |
| 2191 | 03/09/2010 20:02:53 EST | 20:05:04 EST | 131 | Outgoing | Non-Pertinent | Completed | LUCENTE | Audio | 7182225595 | | No | Y | |
| 2209 | 03/10/2010 08:20:19 EST | 08:23:33 EST | 194 | Outgoing | Non-Pertinent | Completed | BIZZARO | Audio | 13474510546 | | No | Y | INA |
| 2273 | 03/10/2010 13:21:41 EST | 13:24:46 EST | 185 | Incoming | Non-Pertinent | Completed | BENASHER | Audio | | 3472038185 | No | Y | Discussion about a new deal associated with a policy using the words "2 years" |
| 2278 | 03/10/2010 13:39:09 EST | 13:42:26 EST | 197 | Incoming | Non-Pertinent | Completed | BENASHER | Audio | | 3474164683 | No | Y | |
| 2289 | 03/10/2010 13:49:15 EST | 13:57:53 EST | 518 | Incoming | Non-Pertinent | Completed | SCHRIVER | Audio | | 7184368484 | No | Y | 0 -3:36 social conversation/ 3:36 to 8:38 discuss policies ******** |
| 2326 | 03/10/2010 16:32:09 EST | 16:34:19 EST | 130 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 17188715227 | | No | Y | CALL WAITING |
| 2372 | 03/11/2010 08:27:57 EST | 08:30:33 EST | 156 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 19174149551 | | No | Y | Conversation regarding pending audit |
| 2378 | 03/11/2010 08:47:05 EST | 08:50:33 EST | 208 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 18009372000 | | No | E | Call to bank - automated prompts/ Gutwein associates |
| 2383 | 03/11/2010 09:27:27 EST | 09:30:59 EST | 212 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 17185012299 | | No | Y | Discuss pending audit/ money made in 2008 |
| 2384 | 03/11/2010 09:31:13 EST | 09:36:59 EST | 346 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 011972527652852 | | No | Y | |
| 2425 | 03/11/2010 12:33:47 EST | 12:37:16 EST | 209 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 01197225804027 | | No | Y | On hold for over 2 minutes |
| 2430 | 03/11/2010 12:38:15 EST | 12:42:49 EST | 274 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 011972528371852 | | No | Y | Conversation about a policy/ pending audit |
| 2445 | 03/11/2010 13:04:20 EST | 13:10:08 EST | 348 | Incoming | Non-Pertinent | Completed | BENASHER | Audio | | 7189381168 | No | Y | INA |
| 2446 | 03/11/2010 13:10:21 EST | 13:13:05 EST | 164 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 01197225804027 | | No | Y | INA |
| 2454 | 03/11/2010 13:22:09 EST | 13:27:52 EST | 343 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 011972573113111 | | No | Y | INA |
| 2710 | 03/14/2010 14:45:20 EDT | 14:55:32 EDT | 612 | Incoming | Non-Pertinent | Completed | MCKECHNIE | Audio | | 7182180050 | No | Y | INA |
| 2714 | 03/14/2010 15:02:53 EDT | 15:13:52 EDT | 659 | Outgoing | Non-Pertinent | Completed | MCKECHNIE | Audio | 17187917394 | | No | Y | INA |
| 2772 | 03/15/2010 09:16:51 EDT | 09:38:24 EDT | 1293 | Outgoing | Non-Pertinent | Completed | MCKECHNIE | Audio | 17187533613 | | No | Y | INA |
| 2791 | 03/15/2010 13:14:03 EDT | 13:19:50 EDT | 347 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 7185012299 | | No | Y | Left message/ Line left open |
| 3051 | 03/17/2010 12:07:57 EDT | 12:13:11 EDT | 314 | Incoming | Non-Pertinent | Completed | MCKECHNIE | Audio | | 7189643592 | No | Y | Part of Pert 7 minute call Session 3049/ duplicate session |

## 347-451-0546
### *Non-Pertinent/Not Minimized*
### 2 Minutes +

| # | Date Start | End | Dur | Dir | Pertinence | Status | Name | Type | Number Out | Number In | Min | Y/N | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3206 | 03/18/2010 08:50:25 EDT | 09:12:14 EDT | 1309 | Outgoing | Non-Pertinent | Completed | MCKECHNIE | Audio | 17187533613 | | No | Y | INA |
| 3244 | 03/18/2010 12:55:41 EDT | 12:58:35 EDT | 174 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 17185012299 | | No | Y | |
| 3249 | 03/18/2010 13:13:45 EDT | 13:15:58 EDT | 133 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 13474510546 | | No | E | CHECKING MESSAGES |
| 3377 | 03/19/2010 15:41:48 EDT | 15:45:23 EDT | 215 | Incoming | Non-Pertinent | Completed | BENASHER | Audio | | 7187533613 | No | Y | Discussion of check and cancelled endorsement |
| 3387 | 03/19/2010 17:54:10 EDT | 17:56:14 EDT | 124 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 7185012299 | | No | Y | Call is answered at 10 seconds |
| 3504 | 03/22/2010 08:50:48 EDT | 09:05:54 EDT | 906 | Outgoing | Non-Pertinent | Completed | MCKECHNIE | Audio | 17187533613 | | No | Y | INA |
| 3506 | 03/22/2010 09:42:52 EDT | 09:51:11 EDT | 499 | Outgoing | Non-Pertinent | Completed | MCKECHNIE | Audio | 17187533613 | | No | Y | INA |
| 3507 | 03/22/2010 10:00:37 EDT | 10:03:28 EDT | 171 | Outgoing | Non-Pertinent | Completed | MCKECHNIE | Audio | 17187533613 | | No | Y | INA |
| 3540 | 03/22/2010 12:44:33 EDT | 12:49:56 EDT | 323 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 18009372000 | | No | E | Call to bank discuss incoming wires to Gutwein account |
| 3549 | 03/22/2010 13:17:17 EDT | 13:21:06 EDT | 229 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 17188124110 | | No | Y | Conversation about opening mailbox in Lakewood |
| 3596 | 03/22/2010 15:20:00 EDT | 15:23:27 EDT | 207 | Outgoing | Non-Pertinent | Completed | SCHUSTER | Audio | 7185965100 | | No | E | Discussion about monies owed to Moishe Neuman/ audit |
| 3634 | 03/22/2010 17:11:27 EDT | 17:14:29 EDT | 182 | Outgoing | Non-Pertinent | Completed | SCHUSTER | Audio | 17187533613 | | No | Y | INA |
| 3656 | 03/22/2010 19:33:11 EDT | 19:37:40 EDT | 269 | Outgoing | Non-Pertinent | Completed | SCHUSTER | Audio | 3478650575 | | No | Y | |
| 3665 | 03/22/2010 20:18:07 EDT | 20:24:16 EDT | 369 | Outgoing | Non-Pertinent | Completed | SCHUSTER | Audio | 13476783074 | | No | Y | |
| 3670 | 03/22/2010 21:30:06 EDT | 21:32:06 EDT | 120 | Outgoing | Non-Pertinent | Completed | CINNAMO | Audio | 17187533613 | | No | Y | INA |
| 3807 | 03/23/2010 16:27:14 EDT | 16:30:43 EDT | 209 | Outgoing | Non-Pertinent | Completed | MINECCI | Audio | 7182225595 | | No | Y | INA |
| 3824 | 03/23/2010 17:13:27 EDT | 17:17:12 EDT | 225 | Outgoing | Non-Pertinent | Completed | MINECCI | Audio | 17187533613 | | No | Y | INA |
| 3838 | 03/23/2010 18:42:03 EDT | 18:52:05 EDT | 602 | Outgoing | Non-Pertinent | Completed | MINECCI | Audio | 17187533613 | | No | Y | INA |
| 3878 | 03/24/2010 09:14:58 EDT | 09:37:35 EDT | 1357 | Outgoing | Non-Pertinent | Completed | MCKECHNIE | Audio | 17187533613 | | No | Y | INA |
| 3885 | 03/24/2010 10:11:31 EDT | 10:14:36 EDT | 185 | Outgoing | Non-Pertinent | Completed | MCKECHNIE | Audio | 7185012299 | | No | Y | INA |
| 3940 | 03/24/2010 12:47:40 EDT | 12:51:50 EDT | 250 | Outgoing | Non-Pertinent | Completed | SCHUSTER | Audio | 13476529276 | | No | ? | NO AUDIO |
| 3982 | 03/24/2010 15:12:18 EDT | 15:17:13 EDT | 295 | Outgoing | Non-Pertinent | Completed | SCHUSTER | Audio | 17187533613 | | No | Y | INA |
| 4009 | 03/24/2010 17:02:02 EDT | 17:05:15 EDT | 193 | Outgoing | Non-Pertinent | Completed | SCHUSTER | Audio | 13474465232 | | No | ? | NO AUDIO |
| 4018 | 03/24/2010 17:14:12 EDT | 17:25:35 EDT | 683 | Incoming | Non-Pertinent | Completed | SCHUSTER | Audio | | 7187533613 | No | Y | |
| 4020 | 03/24/2010 17:25:53 EDT | 17:29:07 EDT | 194 | Incoming | Non-Pertinent | Completed | SCHUSTER | Audio | | 3479851088 | No | Y | Discuss money from Insurance company LBL/Allstate |
| 4029 | 03/24/2010 17:43:46 EDT | 17:46:21 EDT | 155 | Incoming | Non-Pertinent | Completed | SCHUSTER | Audio | | 7184374347 | No | Y | Discussion about money and mortgage/ Gutwein needs 500K |
| 4076 | 03/24/2010 20:09:20 EDT | 20:16:04 EDT | 404 | Outgoing | Non-Pertinent | Completed | SCHRIVER | Audio | 17182225595 | | No | Y | INA |
| 4078 | 03/24/2010 20:20:19 EDT | 20:22:37 EDT | 138 | Outgoing | Non-Pertinent | Completed | SCHRIVER | Audio | 17187533613 | | No | Y | INA |
| 4160 | 03/25/2010 09:45:22 EDT | 09:51:18 EDT | 356 | Outgoing | Non-Pertinent | Completed | MCKECHNIE | Audio | 16463313835 | | No | Y | OPEN LINE - DID NOT HANG UP |
| 4289 | 03/25/2010 15:27:39 EDT | 15:31:01 EDT | 202 | Outgoing | Non-Pertinent | Completed | BIZZARO | Audio | 7188535926 | | No | Y | INA |
| 4291 | 03/25/2010 15:30:49 EDT | 15:32:55 EDT | 126 | Incoming | Non-Pertinent | Completed | BIZZARO | Audio | | 7188519750 | No | Y | INA |
| 4295 | 03/25/2010 15:33:06 EDT | 15:38:13 EDT | 307 | Outgoing | Non-Pertinent | Completed | BIZZARO | Audio | 17185012299 | | No | Y | INA |
| 4302 | 03/25/2010 16:14:39 EDT | 16:16:55 EDT | 136 | Outgoing | Non-Pertinent | Completed | BIZZARO | Audio | 8485253019 | | No | Y | INA |
| 4323 | 03/25/2010 17:45:18 EDT | 17:51:06 EDT | 348 | Outgoing | Non-Pertinent | Completed | BIZZARO | Audio | 19172178608 | | No | Y | INA |
| 4401 | 03/25/2010 20:57:11 EDT | 21:02:10 EDT | 299 | Outgoing | Non-Pertinent | Completed | BIZZARO | Audio | 17187533613 | | No | Y | INA |
| 4454 | 03/26/2010 09:33:00 EDT | 09:36:05 EDT | 185 | Outgoing | Non-Pertinent | Completed | MCKECHNIE | Audio | 19174166233 | | No | Y | INA |

# 347-451-0546
## *Non-Pertinent/Not Minimized*
## 2 Minutes +

| # | Date Start | End | Dur | Dir | Pertinence | Status | Name | Type | Number1 | Number2 | Min | Y/N | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4464 | 03/26/2010 09:47:24 EDT | 09:53:21 EDT | 357 | Incoming | Non-Pertinent | Completed | MCKECHNIE | Audio | | 7187533613 | No | Y | INA |
| 4469 | 03/26/2010 10:08:29 EDT | 10:15:23 EDT | 414 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 7188541807 | | No | Y | Call to HSBC Gutwein on hold for over 5 minutes |
| 4501 | 03/26/2010 11:54:05 EDT | 11:56:41 EDT | 156 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 9175600351 | | No | Y | Discuss blood test results possible policy/ bank accounts |
| 4683 | 03/28/2010 10:28:25 EDT | 10:30:33 EDT | 128 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 3476783074 | | No | Y | Pick up after 16 seconds/ |
| 4711 | 03/28/2010 12:03:44 EDT | 12:08:52 EDT | 308 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 17186332892 | | No | E | RECORDING/ "unable to complete call"-repeated to end |
| 4830 | 03/29/2010 09:54:41 EDT | 10:00:04 EDT | 323 | Outgoing | Non-Pertinent | Completed | MCKECHNIE | Audio | 17186860331 | | No | Y | INA |
| 4834 | 03/29/2010 10:36:25 EDT | 10:42:22 EDT | 357 | Incoming | Non-Pertinent | Completed | MCKECHNIE | Audio | | 97236188794 | No | Y | INA |
| 4836 | 03/29/2010 10:51:29 EDT | 10:55:13 EDT | 224 | Outgoing | Non-Pertinent | Completed | MCKECHNIE | Audio | 19177715004 | | No | E | VOICE MAIL/LINE OPEN |
| 4841 | 03/29/2010 11:31:37 EDT | 11:42:43 EDT | 666 | Outgoing | Non-Pertinent | Completed | MCKECHNIE | Audio | 16468795150 | | No | Y | INA |
| 4842 | 03/29/2010 11:44:01 EDT | 11:49:43 EDT | 342 | Outgoing | Non-Pertinent | Completed | MCKECHNIE | Audio | 16468795150 | | No | Y | INA |
| 4866 | 03/29/2010 16:05:19 EDT | 16:11:25 EDT | 366 | Incoming | Non-Pertinent | Completed | BENASHER | Audio | | 7185012299 | No | Y | |
| 4920 | 04/01/2010 10:31:08 EDT | 10:33:38 EDT | 150 | Outgoing | Non-Pertinent | Completed | MCKECHNIE | Audio | 19175600351 | | No | Y | INA |
| 4921 | 04/01/2010 10:35:19 EDT | 10:37:54 EDT | 155 | Outgoing | Non-Pertinent | Completed | MCKECHNIE | Audio | 18485253019 | | No | Y | INA |
| 4949 | 04/01/2010 12:01:51 EDT | 12:04:02 EDT | 131 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 011972547378413 | | No | Y | Call is answered at 22 seconds |
| 4952 | 04/01/2010 12:08:52 EDT | 12:11:09 EDT | 137 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 17187533613 | | No | Y | Call is answered at 17 seconds |
| 4998 | 04/01/2010 20:21:40 EDT | 20:27:34 EDT | 354 | Outgoing | Non-Pertinent | Completed | SCHRIVER | Audio | 7182225595 | | No | Y | INA |
| 5028 | 04/02/2010 12:03:56 EDT | 12:06:38 EDT | 162 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 17188124110 | | No | Y | |
| 5029 | 04/02/2010 12:06:48 EDT | 12:10:21 EDT | 213 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 17185012299 | | No | Y | |
| 5050 | 04/02/2010 17:55:49 EDT | 17:57:53 EDT | 124 | Outgoing | Non-Pertinent | Completed | LUCENTE | Audio | 17187533613 | | No | Y | INA |
| 5147 | 04/07/2010 10:32:46 EDT | 10:35:14 EDT | 148 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 8453237569 | | No | Y | C. Lebovits/ discuss regarding summons from ins comp. |
| 5180 | 04/07/2010 12:16:59 EDT | 12:21:42 EDT | 283 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 7185012299 | | No | Y | Conversation about policies and payments |
| 5182 | 04/07/2010 12:22:43 EDT | 12:30:22 EDT | 459 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 19177513355 | | No | Y | |
| 5301 | 04/08/2010 08:36:47 EDT | 08:39:31 EDT | 164 | Incoming | Non-Pertinent | Completed | MCKECHNIE | Audio | | 3475229215 | No | ? | NO AUDIO |
| 5303 | 04/08/2010 08:41:39 EDT | 08:45:24 EDT | 225 | Outgoing | Non-Pertinent | Completed | MCKECHNIE | Audio | 13475229215 | | No | Y | INA |
| 5313 | 04/08/2010 09:58:58 EDT | 10:02:39 EDT | 221 | Outgoing | Non-Pertinent | Completed | MCKECHNIE | Audio | 3476783074 | | No | Y | INA |
| 5324 | 04/08/2010 11:26:23 EDT | 11:29:28 EDT | 185 | Incoming | Non-Pertinent | Completed | BENASHER | Audio | | 7185012299 | No | Y | Conversation about house connected to policy/ collateral-Berish |
| 5326 | 04/08/2010 11:32:33 EDT | 11:50:34 EDT | 1081 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 011972527613395 | | No | Y | |
| 5329 | 04/08/2010 11:51:48 EDT | 11:54:54 EDT | 186 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 011972527613395 | | No | Y | On hold for :47 seconds/ and on hold during parts of conv. |
| 5343 | 04/08/2010 12:46:29 EDT | 12:48:53 EDT | 144 | Incoming | Non-Pertinent | Completed | MCKECHNIE | Audio | | | No | E | Call to bank about line of credit/ conversation only .45 seconds |
| 5344 | 04/08/2010 12:49:03 EDT | 12:51:17 EDT | 134 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 8485253019 | | No | y | Call answered after 18 seconds/ Conv about grace period for line of credit |
| 5349 | 04/08/2010 12:58:22 EDT | 13:05:00 EDT | 398 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 6463313835 | | No | Y | Conversation about house being used as collateral for policy |
| 5367 | 04/08/2010 15:24:41 EDT | 15:26:53 EDT | 132 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 17189643592 | | No | Y | Conversation starts at 13 seconds into call |
| 5380 | 04/08/2010 16:40:20 EDT | 16:48:55 EDT | 515 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 9174688315 | | No | Y | |

**347-451-0546**

## *Non-Pertinent/Not Minimized*

## 2 Minutes +

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5453 | 04/09/2010 11:56:59 EDT | 12:08:39 EDT | 700 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 17185965100 | | No | E | Conversation with Oberlander re: audit/ commissions discussed |
| 5454 | 04/09/2010 12:09:51 EDT | 12:12:11 EDT | 140 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 7185012299 | | No | Y | At 1:30 into conversation -call waiting / take other call for minute |
| 5456 | 04/09/2010 12:11:23 EDT | 12:13:41 EDT | 138 | Incoming | Non-Pertinent | Completed | BENASHER | Audio | | 6463313835 | No | Y | Conversation about property put up for collateral re: policy |
| 5464 | 04/09/2010 12:26:52 EDT | 12:30:03 EDT | 191 | Outgoing | Non-Pertinent | Completed | MCKECHNIE | Audio | 17185012299 | | No | Y | INA |
| 5484 | 04/09/2010 13:34:21 EDT | 13:37:14 EDT | 173 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 17185012299 | | No | Y | Conversation about money/ loans/pending audit |
| 5619 | 04/12/2010 10:31:52 EDT | 10:35:43 EDT | 231 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 3476783074 | | No | Y | Discussion about Moses Neuman getting 500K from his father |
| 5643 | 04/12/2010 13:00:32 EDT | 13:03:28 EDT | 176 | Incoming | Non-Pertinent | Completed | BENASHER | Audio | | 7187533613 | No | Y | |
| 5654 | 04/12/2010 13:37:38 EDT | 13:40:32 EDT | 174 | Outgoing | Non-Pertinent | Completed | BENASHER | Audio | 16467735813 | | No | Y | THOUGHT PERT-Conversation with Yudah about surveillance of them |
| 5775 | 04/13/2010 17:38:54 EDT | 17:51:48 EDT | 774 | Outgoing | Non-Pertinent | Completed | SCHRIVER | Audio | 7184365368 | | No | Y | INA |
| 5788 | 04/13/2010 18:41:10 EDT | 18:44:52 EDT | 222 | Outgoing | Non-Pertinent | Completed | SCHRIVER | Audio | 19175600351 | | No | Y | INA |
| 5803 | 04/13/2010 21:24:27 EDT | 21:28:08 EDT | 221 | Incoming | Non-Pertinent | Completed | SCHRIVER | Audio | | 7185012299 | No | Y | INA |
| 5854 | 04/15/2010 14:38:14 EDT | 14:41:14 EDT | 180 | Incoming | Non-Pertinent | Completed | BENASHER | Audio | | 9176024858 | No | Y | Conversation about send extension for possible policies |
| 5872 | 04/16/2010 19:03:29 EDT | 19:06:05 EDT | 156 | Incoming | Non-Pertinent | Not Viewed | | Audio | | 9172025892 | No | ? | NO AUDIO |

**347-451-0546**

## *Non-Pertinent/Not Minimized*

## 2 Minutes +



**347-451-0546**

## *Non-Pertinent/Not Minimized*
## 2 Minutes +



**347-451-0546**

## *Non-Pertinent/Not Minimized*
## 2 Minutes +



**347-451-0546**

*<u>Non-Pertinent/Not Minimized</u>*

**2 Minutes +**



**347-451-0546**

***Non-Pertinent/Not Minimized***

**2 Minutes +**

