

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CK
F.#2009R01998

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

March 1, 2012

**By HAND**

Hon. Steven M. Gold, Chief Magistrate
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Chaim Lebovits, et al.
               Criminal Docket No. 11-134 (SJ)(SMG)

Dear Hon. Steven M. Gold:

      Please find enclosed a copy of the Governments brief in opposition to the Defendants' motions. This brief was filed electronically on February 27, 2012.

      Very truly yours,

      LORETTA E. LYNCH
      United States Attorney

By:    /s/
      Charles Kleinberg
      Assistant U.S. Attorney