

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 10, 2012

By ECF

The Honorable Sterling Johnson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: <u>United States v. Chaim Lebovits</u>, CR 11-134
            (S-2)(SJ)(SMG)

Dear Judge Johnson:

        Enclosed please find a superseding indictment ("S-2") in the above captioned case which was handed up yesterday. S-2 adds one and half paragraphs to the original indictment in this case, but it is based upon a fact pattern which was disclosed to the defendants from the first discovery production made to the defendants in this case - - a fact pattern which the government has contended from the beginning was in furtherance of the conspiracy charges already set forth in the original indictment. Since the parties are scheduled to appear before Chief Magistrate Judge Gold in this case for oral argument on July 19, 2012, I request that the defendants be arraigned on S-2 by Magistrate Judge Gold at that time.

Thank you for your attention.

>     Respectfully submitted,
>
>     Loretta E. Lynch
>     United States Attorney
>     Eastern District of New York
>
> By: _____
>     AUSA Charles Kleinberg
>     Assistant U.S. Attorney
>     (718) 254-6012