

# ING Life Sales

| | |
|---|---|
| **Dave Wilken** | **Craig Collins** |
| Senior Vice President | Senior Vice President |
| Western Region | Eastern Region |
| 612-342-3843 | 612-342-7012 |
| Assistant: Tina Schwarz | Assistant: Ruth Grant |
| | |
| **Kevin Laing** | **Danny Anderson** |
| Regional Vice President | Regional Vice President |
| Mid-West Region - MW | Southeast Region - SE |
| 612-372-5475 | 804-418-8725 |
| Assistant: Erica Proctor | Assistant: Cindy Schaefer |
| **Patrick Moran** | **David Sheridan** |
| Regional Vice President | Regional Vice President |
| West Region - W | East Region - E |
| 612-342-7368 | 860-580-3955 |
| Assistant: Michelle Norman | Assistant: Shauna Corley |
| | |
| **Greg Koenecke** | **Jason Mueller** |
| Manager | Manager |
| Western Life Wholesalers | Eastern Life Wholesalers |
| 612-342-3093 | 612-342-7080 |
| | **Ken Valentine** |
| | RAM Manager |
| | 303-860-2207 |

## Sales Vice Presidents

| | | | | |
|---|---|---|---|---|
| 1 **David Pahl** W | 6 **Rick Bradley** W | 11 **Craig Umphress** MW | 16 **Andrew McIntyre** E | 21 **Travis Burke** SE |
| (877) 382-0938 | (800) 962-2997 | (877) 545-9484 | (888) 802-6997 | (866) 865-6235 |
| LW: Keita Cline | LW: Greg Koenecke | LW: Mary Kruse | LW: Rick Gillitzer | LW: Jason Mueller |
| RAM: Maureen Gitschier | RAM: Lisa Machamer | RAM: Jodie Vetter | RAM: Chris Sommaruga | RAM: Joyce Daniels |
| 2 **Ed Pike** W | 7 **John Morrill** MW | 12 **Seth Sherry** MW | →17 **Peter Orenzoff** E | 22 **David Herrig** SE |
| (800) 570-4411 | (877) 599-7798 | (866) 601-5980 | (888) 317-8330 | (800) 524-8402 |
| LW: Coy Chelgren | LW: Sheila Ellis | LW: Mike Kubovec | LW: Rick Gillitzer | LW: Diane Strand |
| RAM: Pamela Livingston | RAM: Phil Swann | RAM: Sheri Isaacs | RAM: Louise Lombardi | RAM: Joyce Daniels |
| 3 **Eric Thibault** W | 8 **Irv Tang** MW | 13 **Bill McKahan** E | 18 **Peter Ryan** E | 23 **Dora Monahan** SE |
| (866) 853-5540 | (877) 599-7803 | (614) 561-1817 | (800) 242-6981 | (877) 429-1455 |
| LW: Pete Goff | LW: Mike Kubovec | LW: Adam Wall | LW: Eric Miller | LW: Geoff Spencer |
| RAM: Winnie Currie | RAM: Sheri Isaacs | RAM: Scott Greenfield | RAM: Chris Conn | RAM: Michelle Vargas |
| 4 **Cullen England** W | →9 **John Ross** MW | 14 **Jeff Podraza** E | 19 **David Bishop** SE | 24 **Sandy Melendi** SE |
| (877) 599-7802 | (888) 433-1978 | (866) 464-5433 | (866) 269-4387 | (888) 606-4383 |
| LW: Eric Ahrens | LW: Keita Cline | LW: Erik Miller | LW: Adam Wall | LW: Shawn Sullivan |
| RAM: Winnie Currie | RAM: Maureen Gitschier | RAM: Chris Sommaruga | RAM: Scott Greenfield | RAM: Michelle Vargas |
| 5 **Aaron Roby** W | 10 **Jim Boldischar** MW | 15 **Lee Staniar** E | 20 **Ryan Keene** SE | |
| (866) 724-2565 | (877) 210-0737 | (800) 322-5856 | (866) 809-7098 | |
| LW: Eric Ahrens | LW: Coy Chelgren | LW: Geoff Spencer | LW: Diane Strand | |
| RAM: Lisa Machamer | RAM: Jodie Vetter | RAM: Chris Conn | RAM: Michael Vogt | |

ING    LW - Life Wholesaler; RAM - Regional Account Manager    National Accounts    Monday, May 03, 2010

# ING Life Sales

**Dave Wilken**
Senior Vice President
Western Region
612-342-3843
Assistant: Tina Schwarz, 612-342-3876
20 Washington Ave, South
Minneapolis, MN 55401

**Craig Collins**
Senior Vice President
Eastern Region
612-342-7012
Assistant: Ruth Grant 612-372-1031
20 Washington Ave., South
Minneapolis, MN 55401

**Patrick Moran**
Regional Vice President, West
612-342-7368
Assistant: Michelle Norman
612-342-3215
20 Washington Ave., South
Minneapolis, MN 55401

**Kevin Laing**
Regional Vice President, Midwest
612-372-5475
Assistant: Erica Proctor
612-342-3829
20 Washington Ave., South
Minneapolis, MN 55401

**Danny Anderson**
Regional Vice President, Southeast
804-418-8725
Assistant: Cindy Schaefer
804-418-8735
100 Concourse Blvd., Suite 106
Glen Allen, VA 23059

**David Sheridan**
Regional Vice President, East
877-599-7804
Assistant: Shauna Corley
860-580-3950
One Orange Way
Windsor, CT 06095

**Greg Koenecke**
Manager, Western
Life Wholesalers
612-342-3093
20 Washington Ave., South
Minneapolis, MN 55401

**Jason Mueller**
Manager, Eastern
Life Wholesalers
612-342-7080
20 Washington Ave., South
Minneapolis, MN 55401

**Ken Valentine**
Manager
Regional Account Managers
303-860-2207
1290 Broadway
Denver, CO 80203

**Life Wholesalers**
| | | |
|---|---|---|
| Eric Ahrens | 612-342-7319 | eric.ahrens@us.ing.com |
| Coy Chelgren | 612-372-1018 | coy.chelgren@us.ing.com |
| Keita Cline | 612-372-5634 | keita.cline@us.ing.com |
| Sheila Ellis | 612-342-7725 | sheila.ellis@us.ing.com |
| Pete Goff | 612-342-7185 | peter.goff@us.ing.com |
| Mary Kruse | 612-342-7924 | mary.kruse@us.ing.com |
| Mike Kubovec | 612-342-7443 | mike.kubovec@us.ing.com |

**Life Wholesalers**
| | | |
|---|---|---|
| Rick Gillitzer | 612-372-5210 | rick.gillitzer@us.ing.com |
| Matt Lee | 612-342-7714 | matthew.lee@us.ing.com |
| Erik Miller | 612-342-3029 | erik.miller@us.ing.com |
| Geoff Spencer | 612-372-5639 | geoffrey.spencer@us.ing.com |
| Diane Strand | 612-342-7184 | diane.strand@us.ing.com |
| Shawn Sullivan | 612-372-5788 | shawn.sullivan@us.ing.com |
| Adam Wall | 612-342-3110 | adam.wall@us.ing.com |

**Regional Account Managers**
| | | |
|---|---|---|
| Winnie Currie | 619-516-1907 | winnie.currie@us.ing.com |
| Maureen Gitschier | 816-767-8383 | maureen.gitschier@us.ing.com |
| Sheri Isaacs | 612-492-0189 | sheri.isaacs@us.ing.com |
| Pamela Livingston | 303-860-2198 | pamela.livingston@us.ing.com |
| Lisa Machamer | 303-860-2244 | lisa.machamer@us.ing.com |
| Phil Swann | 303-860-2336 | philip.swann@us.ing.com |
| Jodie Vetter | 303-860-2078 | jodie.vetter@us.ing.com |

**Regional Account Managers**
| | | |
|---|---|---|
| Chris Conn | 303-860-2362 | christopher.conn@us.ing.com |
| Joyce Daniels | 770-618-3843 | joyce.daniels@us.ing.com |
| Scott Greenfield | 303-860-2460 | scott.greenfield@us.ing.com |
| Louise Lombardi | 516-682-8741 | louise.lombardi@us.ing.com |
| Chris Sommaruga | 516-682-8781 | chris.sommaruga@us.ing.com |
| Michelle Vargas | 303-860-2360 | michelle.vargas@us.ing.com |
| Michael Vogt | 303-860-2019 | michael.vogt@us.ing.com |

## Sales Vice Presidents

| | | | Life Wholesaler | Regional Account Manager |
|---|---|---|---|---|
| **SE** | **Bishop, David**<br>(866) 269-4387<br>david.bishop@us.ing.com | 100 Concourse Blvd., Suite 106<br>Glen Allen, VA 23059 | Adam Wall | Scott Greenfield |
| **MW** | **Boldischar, Jim**<br>(877) 210-0737<br>james.boldischar@us.ing.co | 175 East Hawthorn Pky., Suite 155B<br>Vernon Hills, IL 60061 | Coy Chelgren | Jodie Vetter |
| **W** | **Bradley, Rick**<br>(800) 962-2997<br>rick.bradley@us.ing.com | 29003 Elmwood Dr.<br>Spring, TX 77381 | Greg Koenecke | Lisa Machamer |
| **SE** | **Burke, Travis**<br>(866) 865-6235<br>travis.burke@us.ing.com | 5780 Powers Ferry Rd., NW<br>Atlanta, GA 30327 | Jason Mueller | Joyce Daniels |
| **W** | **England, Cullen**<br>(877) 599-7802<br>cullen.england@us.ing.com | 1955 W. Baseline Rd., Suite 113-532<br>Mesa, AZ 85202 | Eric Ahrens | Winnie Currie |
| **SE** | **Herrig, David**<br>(800) 524-8402<br>david.herrig@us.ing.com | 5780 Powers Ferry Rd.<br>Atlanta, GA 30327 | Diane Strand | Joyce Daniels |
| **SE** | **Keene, Ryan**<br>(866) 809-7098<br>ryan.keene@us.ing.com | 9020 Overlook Blvd., Suite 100<br>Brentwood, TN 37027 | Diane Strand | Michael Vogt |



5/13/2010

**Sales Vice Presidents**

| | | | |
|---|---|---|---|
| E   **McIntyre, Andrew**<br>(888) 802-6997<br>andrew.mcintyre@us.ing.com | 31 Melissa Court<br>Riverhead, NY 11901 | Life Wholesaler<br>Rick Gillitzer | Regional Account Manager<br>Chris Sommaruga |
| E   **McKahan, Bill**<br>(614) 561-1817<br>bill.mckahan@us.ing.com | 7829 Prairie Fire Ct<br>Westerville, OH 43082 | Life Wholesaler<br>Adam Wall | Regional Account Manager<br>Scott Greenfield |
| SE   **Melendi, Sandy**<br>(888) 606-4383<br>sandy.melendi@us.ing.com | 1200 N. Federal Hwy., Suite 200<br>Boca Raton, FL 33432 | Life Wholesaler<br>Shawn Sullivan | Regional Account Manager<br>Michelle Vargas |
| SE   **Monahan, Dora**<br>(877) 429-1455<br>dora.monahan@us.ing.com | 5036 Dr. Phillips Blvd., Suite 239<br>Orlando, FL 32819 | Life Wholesaler<br>Geoff Spencer | Regional Account Manager<br>Michelle Vargas |
| MW   **Morrill, John**<br>(877) 599-7798<br>john.morrill@us.ing.com | 1290 Broadway<br>Denver, CO 80203 | Life Wholesaler<br>Sheila Ellis | Regional Account Manager<br>Phil Swann |
| E   **Orenzoff, Peter**<br>(888) 317-8330<br>peter.orenzoff@us.ing.com | 32 Spring Garden Rd.<br>Robbinsville, NJ 08691 | Life Wholesaler<br>Rick Gillitzer | Regional Account Manager<br>Louise Lombardi |
| W   **Pahl, David**<br>(877) 382-0938<br>david.pahl@us.ing.com | 6140 Stoneridge Mall Rd., Suite 150<br>Pleasanton, CA 94588 | Life Wholesaler<br>Keita Cline | Regional Account Manager<br>Maureen Gitschier |
| W   **Pike, Ed**<br>(800) 570-4411<br>ed.pike@us.ing.com | 2629 Townsgate Rd., Suite 235<br>Westlake Village, CA 91361 | Life Wholesaler<br>Coy Chelgren | Regional Account Manager<br>Pamela Livingston |
| E   **Podraza, Jeff**<br>(866) 464-5433<br>jeff.podraza@us.ing.com | 101 West Elm St., Suite 100<br>Conshohocken, PA 19428 | Life Wholesaler<br>Erik Miller | Regional Account Manager<br>Chris Sommaruga |
| W   **Roby, Aaron**<br>(866) 724-2565<br>aaron.roby@us.ing.com | 8713 Thompson Drive<br>Lantana, TX 76226 | Life Wholesaler<br>Eric Ahrens | Regional Account Manager<br>Lisa Machamer |
| MW   **Ross, John**<br>(888) 433-1978<br>john.ross@us.ing.com | P. O. Box 144<br>Marengo, IA 52301 | Life Wholesaler<br>Keita Cline | Regional Account Manager<br>Maureen Gitschier |
| E   **Ryan, Peter**<br>(800) 242-6981<br>peter.ryan@us.ing.com | 51 Middlesex St., Suite 130<br>North Chelmsford, MA 01863 | Life Wholesaler<br>Eric Miller | Regional Account Manager<br>Chris Conn |
| MW   **Sherry, Seth**<br>(866) 601-5980<br>seth.sherry@us.ing.com | 26957 Northwestern Hwy., Suite 150<br>Southfield, MI 48033 | Life Wholesaler<br>Mike Kubovec | Regional Account Manager<br>Sheri Isaacs |
| E   **Staniar, Lee**<br>(800) 322-5856<br>lee.staniar@us.ing.com | 7701 Greenbelt Rd., Suite 500B<br>Greenbelt, MD 20770 | Life Wholesaler<br>Geoff Spencer | Regional Account Manager<br>Chris Conn |
| MW   **Tang, Irv**<br>(877) 599-7803<br>irv.tang@us.ing.com | 20 Washington Ave., South<br>Minneapolis, MN 55401 | Life Wholesaler<br>Mike Kubovec | Regional Account Manager<br>Sheri Isaacs |
| W   **Thibault, Eric**<br>(866) 853-5540<br>eric.thibault@us.ing.com | 4 Park Plaza, Suite 350<br>Irvine, CA 92614 | Life Wholesaler<br>Pete Goff | Regional Account Manager<br>Winnie Currie |
| MW   **Umphress, Craig**<br>(877) 545-9484<br>craig.umphress@us.ing.com | 175 East Hawthorn Pky., Suite 155B<br>Vernon Hills, IL 60061 | Life Wholesaler<br>Mary Kruse | Regional Account Manager<br>Jodie Vetter |



5/13/2010