# THE TAX EXPERTS

918 45$^h$ Street. Brooklyn, NY 11219

Tel: 718-871-4859 – info@fileit.info

February 7, 2008

**Asher H Blumenthal**
1312 42nd Street
Brooklyn, NY 11219

To whom it may concern:

Please be advised that the Blumenthal Family, has been my clients for many years.

Mr. Blumenthal's financial information in a summary is as follows: His Net Real Estate Assets exceeds $23,000,000.00 (Twenty Three Million dollars) This includes his interest in Beiring Brothers, Both Commercial and Residential real estate.

Please feel free to contact me for any questions.

Sincerely Yours

**Aron Gangfried**

B00004411