**DOCKET NUMBER:** 11-CR-134 (SJ)

**Date Received By Docket Clerk:** _____   **Docket Clerk Initials:** _____

**BEFORE JUDGE:** Gold   **DATE:** 7/19/12   **TIME:** 3:00

**CRIMINAL CAUSE FOR** Arraignment on superseding indictment   **TIME IN COURT** 2 HRS 38 MINS

**DEFENDANT'S NAME:** Chaim Lebovits   **DEFENDANTS #** 1
- [✓] Present  [ ] Not Present  [ ] Custody  [✓] Not Custody

**DEFENSE COUNSEL:** Nathaniel Marmur
- [✓] Present  [ ] Not Present  [ ] Federal Defender  [ ] CJA  [✓] Retained

**DEFENDANT'S NAME:** Angdor Gutwein   **DEFENDANTS #** 2
- [✓] Present  [ ] Not Present  [ ] Custody  [✓] Not Custody

**DEFENSE COUNSEL:** Jacob Laufer
- [✓] Present  [ ] Not Present  [ ] Federal Defender  [ ] CJA  [✓] Retained

**DEFENDANT'S NAME:** Leo Fekete   **DEFENDANTS #** 3
- [✓] Present  [ ] Not Present  [ ] Custody  [✓] Not Custody

**DEFENSE COUNSEL:** Harry Batchelder, Jr.
- [✓] Present  [ ] Not Present  [ ] Federal Defender  [✓] CJA  [ ] Retained

**DEFENDANT'S NAME:** Moses Neuman   **DEFENDANTS #** 4
- [✓] Present  [ ] Not Present  [ ] Custody  [✓] Not Custody

**DEFENSE COUNSEL:** Susan Necheles
- [✓] Present  [ ] Not Present  [ ] Federal Defender  [ ] CJA  [✓] Retained

**DEFENDANT'S NAME:** Yudah Neuman   **DEFENDANTS #** 5
- [✓] Present  [ ] Not Present  [ ] Custody  [✓] Not Custody

**DEFENSE COUNSEL:** David Spears and Michelle Skinner
- [✓] Present  [ ] Not Present  [ ] Federal Defender  [ ] CJA  [ ] Retained

**DEFENDANT'S NAME:** _____   **DEFENDANTS #** _____
- [ ] Present  [ ] Not Present  [ ] Custody  [ ] Not Custody

**DEFENSE COUNSEL:** _____
- [ ] Present  [ ] Not Present  [ ] Federal Defender  [ ] CJA  [ ] Retained

**A.U.S.A.:** Charles Kleinberg   **PRETRIAL/PROBATION OFFICER** _____

**CASE MANAGER OR MAGISTRATE CLERICAL** _____

**COURT REPORTER: OR (ESR) OPERATOR** Reed Keefe   **TAPE LOG** 3:01-3:12

**INTERPRETER:** N/A   **LANGUAGE:** _____

**Select the Type of Hearing or Trial**   **CONTESTED** [ ] YES   [ ] NO

| | | |
|---|---|---|
| [ ] Allocution Hearing | [ ] In Camera Hearing | [ ] Plea and Sentence |
| [✓] Arraignment | [ ] In Chambers Conference | [ ] Preliminary Examination |
| [ ] Attorney Appointment Hearing | [ ] Initial Appearance | [ ] Preliminary Revocation Hearing |
| [ ] Bench Trial | [ ] Initial Appearance-Material Witness | [ ] Pretrial Conference |
| [ ] Bond Forfeiture Hearing | [ ] Initial Appearance-Revocation Proceedings | [ ] Pro Se (Faretta) Hearing |
| [ ] Bond Hearing | [ ] Initial Appearance-Rule 5(c)(3) | [ ] Psychiatric Report Hearing |
| [ ] Bond Revocation Hearing | [ ] Forfeiture Hearing | [ ] Remand Hearing |
| [ ] Change of Plea Hearing | [ ] Franks Hearing | [ ] Revocation of Probation - Final Hearing |
| [ ] Competency Hearing | [ ] James Hearing | [ ] Revocation of Supervised Release-Final Hearing |
| [ ] Curcio Hearing | [ ] Jury Selection | [ ] Rule 44© Hearing |
| [ ] Daubert Hearing | [ ] Jury Trial | [ ] Scheduling Conference |
| [ ] Detention Hearing | [ ] Jury Trial-Death Penalty Phase | [ ] Sentencing |
| [ ] Detention Hearing Material Witness | [ ] Jury Trial-Sentence Enhancement Phase | [ ] Show Cause Hearing |

| | | |
|---|---|---|
| [ ]Discovery Hearing | [ ]Markman Hearing | [ ]Status Conference |
| [ ]Dispositional Hearing (Juvenile) | [ ]Material Witness Hearing | [ ]Suppression Hearing |
| [ ]Docket Call | [X]Motion Hearing | [ ]Telephone Conference |
| [ ]Evidentiary Hearing | [ ]Motion Hearing-Material Witness | [ ]Voir Dire |
| [ ]Extradition Hearing | [ ]Motions No longer Referred | |
| [ ]Fatico Hearing | [ ]Motions Referred Upon Consent to Magistrate Judge Disposition | |
| [ ]Forfeiture Hearing | [ ]Nebbia Hearing | [ ]Other (please specify) |
| [ ]Detention Hearing | [ ]Omnibus Hearing | |
| [ ]Hearing Out-Of-Jury Presence | [ ]Plea Agreement Hearing | |

**Select the action.**

[ ]Began    [ ]Held    [ ]Continued    [ ]Completed    [ ]Scheduled for

Date:_____ Time_____ FOR_____
                                              **Type of Hearing**

**SHOULD THIS CALENDAR BE SEALED**    [ ] YES    [X] NO

**UTILITIES**

| | | |
|---|---|---|
| [ ]~Util-Add Terminate Attorneys | [ ]~Util-Document Unsealed | [ ]~Util-Set/Reset Deadlines/Hearings |
| [ ]~Util-Bond-Set/Reset | [ ]~Util-Exparte Matter | [ ]~Util-Set/Reset Hearings |
| [ ]~Util-Case Sealed | [ ]~Util-Indictment Unsealed | [ ]~Util-Set/Reset Motion & R&R Deadlines/Headlines |
| [ ]~Util-Case Unsealed | [ ]~Util-Information Unsealed | [ ]~Util-Terminate Motions |
| [ ]~Util-Counts To Be Tried Separately | [ ]~Util-Interpreter Appointed | [ ]~Util-Terminate Partiest |
| [ ]~Util-Defendant Severed From Co-Defendants | [ ]~Util-Plea Entered | |
| [ ]~Util-Document Sealed | [ ]~Util-Set/Reset Deadlines | |

**Period of Excludable Delay/ Speedy Trial Start:**_____
**Period of Excludable Delay/ Speedy Trial Stop:**_____

**CODE TYPE:** Please Circle

| | | | |
|---|---|---|---|
| XA- Competency/Capacity Exam | XC- Trial on Other Charges | XD- Interlocutory Appeal | XE- Pretrial Motions |
| XF- Transfer Proceedings | XG- Motion under Advisement | XH- Miscellaneous Proceedings | XI- Prosecution deferred |
| XJ- Transportation from Other District | XK- Proposed Plea Agreement | XM- Unavailable Witness/Defendant | XN- Incompetency |
| XP- Superseding Indictment/charges | XR- Awaiting Trial of Co-Defendant | XT- Interest of Justice | XU-Withdrawal of Guilty Plea |
| XW- Grand Jury Indictment Tim extension | | | |

**DOCKET CLERK SHALL ENTER UTILITY EVENT** *SPEEDY TRAIL EXLUDABLE DELAY- START & SPEEDY TRIAL EXCLUDABLE DELAY-STOP*

**Do these minutes contain rulings(s) on motion(s)?** ❑ YES ❑ NO

MOTION[S] TYPE and DOCUMENT NUMBER OF MOTION RULED ON:

**TYPES OF DECISIONS**

| | | |
|---|---|---|
| [ ]Adopting Report & Recommendation as to | [ ]Granting | [ ]Taking Under Advisement |
| [ ]Adopting in Part on Report & Recommendation as to | [ ]Granting In Part and Denying In Part | [ ]Temporarily Denying |
| [ ]Deferring Ruling on | [ ]Rescinding | [ ]Temporarily Granting |
| [ ]Denying | [ ]Settling | [ ]Temporarily Granting In Part and Denying In Part |
| [ ]Dismissing | [ ]Striking | [ ]Terminating |
| [ ]Entered | [ ]Submitted | [ ]Vacating |
| [ ]Finding as Moot | [ ]Sustaining | [ ]Withdrawing |

TEXT: Defendants arraigned on superseding indictment. Decision reserved on pending motions. Period of excludable delay is extended from today until the next status conference before U.S. Dist. Judge Johnson, on the stipulation