# HAFETZ NECHELES & ROCCO

ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110

TELEPHONE: (212) 997-7595
TELECOPIER: (212) 997-7646
E-MAIL: INFO@HNRLAWOFFICES.COM

July 27, 2012

VIA ECF

The Hon. Sterling Johnson, Jr.
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>United States v. Lebovits, et al.</u>, No. 11 Crim. 134

Dear Judge Johnson:

    My firm represents defendant Moses Neuman in the above-referenced matter. On behalf of Moses Neuman, his co-defendants Yudah Neuman, Avigdor Gutwein, Chaim Lebovits, and Leo Fekete, and the government, I write concerning the status conference before Your Honor currently scheduled for July 31 at 11:00 a.m.

    The defendants' pretrial motions in this case have been referred for decision to Chief Magistrate Judge Gold. Judge Gold heard oral argument on July 19, and the parties will be filing supplemental briefing on August 2. The defendants and AUSA Charles Kleinberg are in agreement that in light of the fact that the pretrial motions are still pending before Judge Gold, it makes sense to reschedule the July 31 status conference to September 21.

    Accordingly, in the interests of efficiency and economy, and with the consent of Mr. Kleinberg and counsel for the co-defendants, I request on behalf of all parties that: (1) the July 31 status conference be rescheduled to September 21; (2) this Court enter an Order of Excludable Delay providing that the period of time between July 31 and September 21 be excluded, under 18 U.S.C. § 3161, in the interests of justice; and (3) that both the adjournment and the Order of Excludable Delay be reflected on the ECF notes.

HAFETZ NECHELES & ROCCO

The Hon. Sterling Johnson, Jr.
July 27, 2012
Page 2 of 2

Thank you for your consideration.

Respectfully submitted,

Joshua R. Geller

cc:  All Counsel (*via ECF*)