



# U.S. Department of Justice

*United States Attorney
Eastern District of New York*

---

CSK
F.#2005R00279                    *One Pierrepont Plaza*
                                    *Brooklyn, New York 11201*

                  *Mailing Address:*  *147 Pierrepont Street*
                                      *Brooklyn, New York 11201*

August 16, 2012

**BY ECF**
Paul Schectman, Esq.
Nathaniel Marmur, Esq.
Stillman & Friedman, P.C.
425 Park Avenue
21st Floor
New York, N.Y. 10022
212-223-0200

Susan Necheles, Esq.
Hafetz Necheles & Rocco
Counsel for Moses Neuman
500 Fifth Avenue, 29th Floor
New York, N.Y. 10110
212-997-7595

David Spears, Esq.
Spears and Imes LLP
Counsel for Yudah Neuman
51 Madison Avenue
New York, N.Y. 10010

Jacob Laufer, Esq.
Counsel for Avigdor Gutwein
65 Broadway, Suite 1005
New York, N.Y. 10006
212-422-8500

Harry Batchelder, Esq.
Counsel for Leo Fekete
40 Wall Street
28th Floor
New York, N.Y. 10005

James Druker, Esq.
Kase & Druker
Counsel for Edward Grodsky
1325 Franklin Avenue
Suite 225
Garden City, N.Y. 11530

    Re:  United States v. Chaim Mayer Lebovits, et. al.
         Criminl Docket No. 11-134 (S-2)(SJ)

Dear Counsel:

    Please find, annexed hereto as Exhibit 1, the Bill of Particulars (the "BOP") which the government stated in its August 2, 2012 letter to Chief Magistrate Judge Gold that it would voluntarily provide to the defendants by today. The attached BOP supplements the government's responses to the defendants' request for a bill of particulars that were set forth in its Rule 16 letter to defense counsel dated May 11, 2011.

    Pursuant to Federal Rule of Criminal Procedure 7(f), the government reserves the right to amend this bill of particulars in the interests of justice.

    Thank you for your attention.

              Respectfully submitted,

              LORETTA E. LYNCH
              United States Attorney

    By:    ss/
           Charles S. Kleinberg
           Assistant U.S. Attorney
           (718) 254-6012

cc: Clerk of the Court (SJ)