| Name | Company | Policy # | Agent | Eff. Date |
|---|---|---|---|---|
| Adler, Emy | Union Central L.I. Co. (Lapsed) | U43759 | Avigdor Gutwein | 7/10/2008 |
| Adler, Emy | Lincoln National L. I. Co. (Lapsed) | JJ704621 | Keneth Mayer | 5/16/2008 |
| Bell, Beryl | Lincoln National L. I. Co. (Lapsed) | JJ7032622 | Avigdor Gutwein | 6/26/2008 |
| Blumenthal, Asher | Jefferson-Pilot L. I. Co. (Lapsed) | JP5583842 | Joseph Lowinger | 8/28/2007 |
| Blumenthal, Asher | Principal Life Ins. Co. | 6094653 | Joseph Lowinger | 6/18/2008 |
| Blumenthal, Asher | Security Life Ins. Co. of Denver | 911629608 | Nachman Minkoff | 6/5/2008 |
| Cohen, Arnold | Jefferson Pilot LifeAmerica Ins. Co. | JF5585456 | Avigdor Gutwein | 8/28/2007 |
| Cohen, Arnold | Security Life Ins. Co. of Denver | 911622797 | Avigdor Gutwein | 8/21/2007 |
| Cohen, Arnold | Transamerica Occidental L. I. Co. | 65069297 | Avigdor Gutwein | 9/11/2007 |
| Dembitzer, Shoshana | Phoenix Life Ins. Co. | 97530129 | Chayim Fried | 7/30/2008 |
| Dembitzer, Shoshana | Union Central L. I. Co. | U43634 | Chayim Fried | 7/7/2008 |
| Elfie, Shirley | Lincoln Benefit L. I. Co. (Rescinded) | 01N1391355 | Avigdor Gutwein | 7/15/2008 |
| Elfie, Shirley | Lincoln National L. I. Co. | JJ7033563 | Chayim Fried | 7/28/2008 |
| Elfie, Shirley | Union Central L. I. Co.(Lapsed) | U43130 | Chayim Fried | 6/6/2008 |
| Fink, Chaim | American General L. I. Co. | U10061721L | Israel Biller | 5/22/2008 |
| Fink, Chaim | John Hancock L. I. Co. | 93890028 | Israel Biller | 5/26/2008 |
| Flam, Eugene | Lincoln National L. I. Co.(Not issued) | JJ7095459 | Chayim Fried | App.  6/25/2009 |
| Friedman, Chana | Jefferson Pilot L.I. Co. (Lapsed) | ML55710191 | David Kohn | 1/13/2007 |
| Friedman, Chana | Phoenix Life Ins. Co. (Lapsed) | 97521342 | David Kohn | 1/15/2007 |
| Friedman, Chana | Massachusetts Mutual L. I. Co. | 15623779 | David Kohn | 6/21/2007 |
| Friedman, Chana | Security Life Ins. Co. of Denver | 911618609 | David Kohn | 1/13/2007 |
| Friedman, Chana | Transamerica Occidental Life Ins. Co. | 65063418 | David Kohn | 6/11/2007 |
| Friedman, Margaret | AXA Equitable Life. Ins. Co. | 156202956 | Joseph Lowinger/ Joseph Riegler | 2/28/2006 |
| Friedman, Margaret | Jefferson-Pilot L. I. Co (Lapsed) | JP55886681 | Avigdor Gutwein | 12/28/2007 |
| Friedman, Margaret | John Hancock L. I. Co. | 59775593 | Joseph Lowinger | 4/7/2006 |
| Friedman, Margaret | New York L. I. Co. | 56734515 | Joseph Lowinger | 9/15/2005 |
| Friedman, Margaret | Security Life Ins. Co. of Denver | 911629456 | Nachman Minkoff | 2/27/2008 |
| Frojmovits, Rose | Lincoln National L. I. Co. | JJ7046873 | David Katina | 12/28/2008 |
| Frojmovits, Rose | ReliaStar L.I. Co. of NY (Lapsed) (ING) | 4501205 | David Katina | 8/7/2008 |
| Fuertes, Amparo | Lincoln National L. I. Co. | JJ043457 | Esther Gutwein | 9/4/2008 |
| Fuertes, Amparo | Union Central  L. I. Co. (Not issued) | I03978 | Esther Gutwein | App.   8/5/2008 |
| Goldberg, Lilly Reich | Lincoln Benefit L. I. Co. | 01N1310307 | Bernat Lefkowitz | 7/27/2006 |
| Goldberg, Lilly Reich | Lincoln Benefit L. I. Co. | 01N1319454 | Bernat Lefkowitz | 10/9/2006 |
| Golub, Efim | Lincoln National L. I. Co.(Lapsed) | JJ7021481 | Chayim Fried | 1/12/2008 |
| Golub, Efim | Phoenix Life Ins. Co. (Lapsed) | 97527531 | Chayim Fried (Avigdor Gutwein?) | 1/13/2008 |
| Golub, Efim | Transamerica Occidental L.I. Co (Lapsed) | 65082318 | Chayim Fried | 2/28/2008 |

| Name | Company | Policy # | Agent | Eff. Date |
|---|---|---|---|---|
| Golub, Efim | Union Central L. I. Co. (Lapsed) | U42058 | Chayim Fried | 5/29/2008 |
| Halberstam, Baruch | Jefferson-Pilot L. I. Co. (Lapsed) | JP5571026 | Joseph Riegler/Serge Freund | 5/25/2007 |
| Halberstam, Baruch | John Hancock L. I. Co. | 93031292 | David Simkowitz | 10/27/2006 |
| Halberstam, Baruch | Jefferson Pilot L. I. Co. (Lapsed) | JP5574440 | Joseph Riegler/Serge Freund | 5/25/2007 |
| Halberstam, Baruch | New York L. I. Co. | 56735360 | Zev Wyler | 2/28/2007 |
| Halberstam, Baruch | Principal Life Ins. Co. | 6076613 | Joseph Riegler/Herb Leibel | 5/3/2007 |
| Halberstam, Baruch | Principal Life Ins. Co. | 6078285 | Joseph Riegler/Herb Leibel | 5/3/2007 |
| Halberstam, Baruch | Principal Life Ins. Co. | 6078286 | Joseph Riegler/Herb Leibel | 5/3/2007 |
| Halberstam, Baruch | Security Life Ins. Co. of Denver | 911612961 | JosephRiegler | 2/20/2007 |
| Halpert, Shirley | Phoenix Life Ins. Co. | 97480189 | Joseph Riegler | 2/21/2008 |
| Halpert, Shirley | ReliaStar Life Insurance | 4500948 | Joseph Riegler/Serge Freund | 1/16/2008 |
| Heller, Zelda | Lincoln Benefit L. I. Co. | 01N1391234 | Israel Biller | 10/7/2008 |
| Klein, Lilly | Jefferson-Pilot L. I. Co. | ML5570435 | Avigdor Gutwein | 3/28/2007 |
| Lerner, Frances | Lincoln Benefit L. I. Co. (Lapsed) | 01N1368280 | Bernat Lefkowitz | 1/29/2008 |
| Lerner, Sheldon | Lincoln National L. I. Co. (Lapsed) | JJ7014328 | Avigdor Gutwein | 7/12/2007 |
| Lerner, Sheldon | Phoenix Life (Rescission pending) | 97525813 | Avigdor Gutwein | 2/22/2008 |
| Lerner, Sheldon | urity Life Ins. Co. of Denver (Rescission pend | 911627308 | Avigdor Gutwein | 1/10/2008 |
| Lerner, Sheldon | Transamerica Occidental L. I. Co. | 65077372 | Avigdor Gutwein | 1/14/2008 |
| Levy, Phyllis | American General L. I. Co. | U10033863L | Joseph Lowinger | 4/24/2006 |
| Levy, Phyllis | AXA Equitable Life. Ins. Co. | 156213413 | Joseph Lowinger | 6/9/2006 |
| Levy, Phyllis | John Hancock L. I. Co. | 59830968 | Joseph Lowinger | 5/28/2006 |
| Levy, Phyllis | Lincoln Life & Annuity Co. of NY (Lapsed) | 7313760 | Benzion Wertzberger | 12/28/2006 |
| Levy, Phyllis | Massachusetts Mutual L. I. Co. | 15618218 | Morris Hershko | 1/22/2007 |
| Levy, Phyllis | Security Life Ins. Co. of Denver | 911617707 | Nachman Minkoff | 12/18/2007 |
| Levy, Phyllis | Transamerica Occidental Life Ins. Co. | 65059519 | Nachman Minkoff | 5/9/2007 |
| Lieberman, Martin | Berkshire Life Ins Co. (Guardian) | U001254 | Samuel Ehrenthal | 7/31/2007 |
| Lieberman, Martin | Lincoln Benefit Life Ins. Co. (Lapsed) | 01N1373300 | Bernat Lefkowitz | 4/14/2008 |
| Lieberman, Martin | Jefferson Pilot L. I. Co. (Not Issued) | JF5584125 | Samuel Ehrenthal | App. 5/30/2007 |
| Lieberman, Martin | Phoenix Life Ins. Co. (Lapsed) | 97525491 | Avigdor Gutwein | 10/25/2007 |
| Lieberman, Martin | Security Life Ins Co. of Denver | 911626935 | Avigdor Gutwein | 10/25/2007 |
| Motzen, Helena | Jefferson-Pilot L. I. Co. | JP5586467 | Avigdor Gutwein | 4/26/2007 |
| Motzen, Helena | Phoenix Life Ins. Co. (Lapsed) | 97525761 | Samuel Ehrenthal | 12/10/2007 |
| Motzen, Helena | Security Life Ins. Co. of Denver | 911624748 | Avigdor Gutwein | 4/27/2007 |
| Motzen, Helena | Union Central L. I. Co | U35084 | Avigdor Gutwein | 9/28/2006 |
| Oberlander, Louis | American General L. I. Co. | U10061355L | Nachman Minkoff | 4/15/2008 |
| Oberlander, Louis | John Hancock L. I. Co. | 93843118 | Nachman Minkoff/Robert Kolman | 3/13/2008 |

| Name | Company | Policy # | Agent | Eff. Date |
|---|---|---|---|---|
| Oberlander, Louis | New York L. I. Co. | 48955136 | Nachman Minkoff | 3/11/2008 |
| Oberlander, Louis | Phoenix Life Ins. Co. | 97305107 | Joseph Riegler | 3/19/2008 |
| Oberlander, Louis | Principal Life Ins. Co. | 6091669 | Joseph Riegler | 2/25/2008 |
| Oberlander, Louis | Security Life Ins. Co. of Denver | 911629488 | Joseph Riegler | 3/28/2008 |
| Oberlander, Louis | Security Life Ins. Co. of Denver | 911629483 | Joseph Riegler | 3/28/2008 |
| Portnoy, Shirley | ReliaStar Life Insurance Co. (Not issued) | 4009695 | Joseph Riegler | App.10/28/2008 |
| Robeno, Myrna | Lincoln National L.I. Co. (Lapsed) | JJ7017667 | Avigdor Gutwein | 1/28/2008 |
| Rubinstein, Rose | Jefferson Pilot LifeAmerica Ins. Co. | LP5539479 | Samuel Friedman | 6/12/2006 |
| Rubinstein, Rose | John Hancock L. I. Co. of NY | 93016053 | Samuel Friedman | 4/12/2006 |
| Rubinstein, Rose | Phoenix Life Ins. Co. | 97527123 | Avigdor Gutwein | 3/27/2008 |
| Rubinstein, Rose | Security Life Ins. Co. of Denver | 911629130 | Avigdor Gutwein | 11/2/2007 |
| Rubinstein, Rose | Union Central L.I. Co. (Lapsed) | U43121 | Avigdor Gutwein | 4/18/2008 |
| Samuels, Katy | Jefferson-Pilot L. I. Co. | ML5573190 | Avigdor Gutwein | 1/23/2007 |
| Samuels, Katy | Lincoln Life & Annuity Co.of NY | 7310740 | David Kohn | 12/20/2006 |
| Sandler, Lawrence | ReliaStar Life Insurance Co. | 4501284 | Avigdor Gutwein | 12/18/2008 |
| Sansavero, Ceil | Lincoln National L. I. Co. | JP5586687 | Bernat Lefkowitz | 11/26/2007 |
| Schmerzler, Lotte | Jefferson-Pilot L. I. Co. (Lapsed) | JP5586669 | Avigdor Gutwein | 2/12/2008 |
| Schneider, Eileen | Security Life Ins. of Denver (Not issued) | 911629507 | Avigdor Gutwein | App. 1/15/2008 |
| Schneider, Eileen | Lincoln National L. I. Co. (Lapsed) | JJ7020648 | Avigdor Gutwein | 5/16/2008 |
| Schneider, Eileen | Principal Life Ins. Co. (Not issued) | 6097762 | Esther Gutwein | App. 6/26/2008 |
| Schneider, Eileen | Transamerica Occidental L. I. Co. (Not issued) | 65081663 | Avigdor Gutwein | App. 1/15/2008 |
| Schneider, Eileen | Union Central L. I. Co. (Lapsed) | U41909 | Avigdor Gutwein | 7/7/2008 |
| Schneider, Eileen. | Phoenix L. I. Co. (Not issued) | 97527255 | Avigdor Gutwein | App. 1/15/2008 |
| Siegel, Morton | Security Life Ins. Co. of Denver | 911629691 | Avigdor Gutwein | 3/7/2008 |
| Siegel, Morton | Union Central L. I. Co. | U41884 | Avigdor Gutwein | 4/7/2008 |
| Simon, Amalia | Jefferson-Pilot L. I. Co.(Lapsed) | JP5586672 | Avigdor Gutwein | 12/26/2007 |
| Simon, Amalia | Phoenix Life Ins. Co. (Lapsed) | 97526624 | Avigdor Gutwein | 3/14/2008 |
| Simon, Amalia | Security Life Ins. Co. of Denver | 911626507 | Avigdor Gutwein | 12/17/2007 |
| Simon, Amalia | Union Central L. I. Co. | U41529 | Avigdor Gutwein | 2/5/2008 |
| Slomiuc, Leon | Jefferson Pilot L. I. Co. (Not issued) | JJ038188 | Gittel Fekete | App. 5/18/2008 |
| Slomiuc, Leon | Principal L. I. Co. (Not issued) | N/A | Gittel Fekete | App. 6/27/2008 |
| Slomiuc, Leon | ReliaStar L.I. Co. of NY (Surrendered) (ING) | 4501088 | Gittel Fekete | 8/29/2008 |
| Slomiuc, Leon | Union Central L. I. Co.(Not Issued) | U44274 | Gittel Fekete | App. 5/29/2008 |
| Spector, Sam | Lincolon Benefit L. I. Co. | 01N1399587 | Avigdor Gutwein | 10/30/2008 |
| Spector, Sam | Lincoln National L. I. Co.(Lapsed) | JJ7033054 | Israel Biller | 4/16/2008 |
| Spector, Sam | Phoenix Life (Lapsed) | 97530240 | Israel Biller | 7/18/2008 |

| Name | Company | Policy # | Agent | Eff. Date |
|---|---|---|---|---|
| Spector, Sam | Principal Life Ins. Co. (Not issued) | 6097821 | Avigdor Gutwein | App. 6/30/2008 |
| Spector, Sam | Union Central L.I. Co. (Lapsed) | U43794 | Esther Gutwein | 7/20/2008 |
| Treitel, Chana | Jefferson-Pilot L. I. Co. | JF558728 | Isaac Lebovitz | 9/16/2006 |
| Treitel, Chana | Phoenix Life Ins. Co. | 97526806 | Isaac Lebovitz | 9/10/2007 |
| Treitel, Chana | Principal Life Ins. Co. | 6093821 | Abraham Stern | 4/5/2008 |
| Treitel, Chana | Security Life Ins. Co. of Denver | 911627993 | Isaac Lebovitz | 12/18/2007 |
| Venturino, Taquinio | Phoenix Life Ins. Co. | 97530285 | Avigdor Gutwein | 7/30/2008 |
| Venturino, Taquinio | Union Central L. I. Co. (Not issued) | U44670 | Esther Gutwein | App. 7/25/2008 |
| Waldman, Vivian | Acacia Life Ins. Co. (Union Central) | U205K | Joseph Riegler | 7/2/2009 |
| Waldman, Vivian | AXA Equitable Life. Ins. Co. | 157221215 | Joseph Riegler | 12/23/2007 |
| Waldman, Vivian | Jefferson-Pilot L. I. Co.(Lapsed) | JJ7011099 | Joseph Riegler | 12/3/2007 |
| Waldman, Vivian | New York L. I. Co. | 56735655 | Zev Wyler | 12/7/2007 |
| Waldman, Vivian | Phoenix Life Ins. Co. | 97304951 | Joseph Riegler | 11/1/2007 |
| Waldman, Vivian | Security Life Ins. Co. of Denver | 911627857 | Nachman Minkoff | 12/17/2007 |
| Waldman, Vivian | Transamerica Occidental Life Ins. Co. | 65071425 | Nachman Minkoff/Serge Freund | 2/28/2008 |
| Waldman, Vivian | Union Central L. I. Co. | U40518 | Joseph Riegler | 11/28/2007 |