# HAFETZ NECHELES & ROCCO
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110

TELEPHONE: (212) 997-7595
TELECOPIER: (212) 997-7646
E-MAIL: INFO@HNRLAWOFFICES.COM

September 25, 2012

VIA ECF

The Hon. Sterling Johnson, Jr.
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *United States v. Lebovits, et al.*, No. 11 Crim. 134

Dear Judge Johnson:

    I am writing concerning the September 21 consent motion to adjourn the status conference currently scheduled for September 28. I understand from AUSA Kleinberg that Your Honor is not available on November 16, the date we originally requested. The defendants and the government are available for the status conference on November 27, 28, 29, and 30, and we jointly request that the Court schedule the status conference for one of those days.

    The parties further request that the Court enter an Order of Excludable Delay providing that the period of time between September 28 and the date of the status conference be excluded pursuant to 18 U.S.C. § 3161, in the interests of justice, and that such Order of Excludable Delay be reflected on the ECF notes.

    Thank you for your consideration.

Respectfully submitted,

*/s/ Joshua R. Geller*
Joshua R. Geller

cc:   All Counsel (*via ECF*)