

*U.S. Department of Justice*

*United States Attorney
Eastern District of New York*

*271 Cadman Plaza East
Brooklyn, New York 11201*

November 20, 2012

By ECF

The Honorable Sterling Johnson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re: <u>United States v. Chaim Lebovits</u>, CR 11-134
           (SJ)(SMG)

Dear Judge Johnson:

     A status conference in this case is presently scheduled for November 29, 2012. The government writes, with the consent of all defendants, to request that that conference be adjourned to a date convenient to the Court during the period from January 2, 2013 until January 4, 2013 and that speedy trial time be excluded from November 29, 2013 until the date of the next scheduled conference in this case.

     It does not make sense for the conference scheduled for November 29 to go forward. The defendants' complex motions to dismiss and to suppress are fully briefed and Chief Magistrate Judge Gold has not yet issued a report and recommendation on those motions. Further, the parties would like an additional month within which to attempt to voluntarily resolve this prosecution.

     Accordingly, the government moves to adjourn the status conference presently scheduled for November 29, 2012 until a date convenient to the Court during the period from January 2, 2013 until January 4, 2013 and that speedy trial time be excluded in the interests of justice for the reasons

stated above from November 29 until the newly scheduled date of the next conference.  The defendants consent to this motion.

        Thank you for your attention.

                              Respectfully submitted,

                              Loretta E. Lynch
                              United States Attorney
                              Eastern District of New York

                By: _____
                              Charles Kleinberg
                              Assistant U.S. Attorney
                              (718) 254-6012