

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

December 28, 2012

By ECF

The Honorable Sterling Johnson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>       Re:  United States v. Chaim Lebovits, CR 11-134
>            (SJ)(SMG)

Dear Judge Johnson:

      The government writes, with the consent of the defendant Chaim Mayer Lebovits ("Lebovits") in the above captioned case, to adjourn until January 11, 2013 the due date for the government to file its response to Lebovits's Objections to Magistrate Judge Gold's decision on Lebovits's motion for a bill of particulars.  On November 30, 2012, Magistrate Judge Gold filed his decisions on certain procedural motions brought by the defendants and his report and recommendations on certain substantive motions brought by the defendants in the above case.  One of the procedural motions decided by Magistrate Judge Gold was Lebovits's motion for a bill of particulars.  Magistrate Judge Gold denied Lebovits's motion as moot.

      On December 14, 2012, Lebovits filed his Objections to Magistrate Judge Gold's decision to deny Lebovits's motion for a bill of particulars.  Because of the holidays and my responsibilities in other cases, the government has not yet filed its response to Lebovits's Objections.  I have spoken to Nathaniel Marmur, Lebovits's attorney, and he consents to extending the government's time to respond to Lebovits's Objections until Friday, January 11, 2013.

       Accordingly, the government moves, with the consent of Lebovits, to adjourn until January 11, 2013 the due date for the government to file its response to Lebovits's Objections to Magistrate Judge Gold's decision on Lebovits's motion for a bill of particulars.

                        Respectfully submitted,

                        Loretta E. Lynch
                        United States Attorney
                        Eastern District of New York

By: _____
    Charles Kleinberg
    Assistant U.S. Attorney
    (718) 254-6012