

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

December 31, 2012

By ECF

The Honorable Sterling Johnson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  <u>United States v. Chaim Lebovits, et. al.</u>,
           CR 11-134 (S-1)(SJ)(SMG)

Dear Judge Johnson:

     There is a status conference in the above case that is presently scheduled for this Friday, January 4, 2013.  The government writes to request a thirty day adjournment of that status conference, until February 4, 2013 and an order of excludable delay, in the interests of justice, from January 4, 2013 until February 4, 2013.

     The parties are actively engaged in plea negotiations and need the additional time within which to finalize these negotiations.  Moreover, I have an outpatient medical procedure scheduled, which I cannot reschedule, and thus, I will be unavailable on January 4, 2013.

     On Friday, December 28, I contacted counsel for all of the defendants seeking their consent to the above request, and, at present, I have heard from counsel for defendants Moses Neuman, Avigdor Gutwein and Chaim Lebovits, each of whom consents to the government's request.  I have not yet heard from counsel for defendants Yudah Neuman and Leo Fekete, because, I suspect, they are not available until after January 1.  Nonetheless, in order to comply with the Court's individual rules for adjournments, I must file

this letter request today. If either of the remaining defendants objects to the government's request, they will have ample opportunity to so advise the Court on January 2.

Accordingly, the government moves for a thirty day adjournment of the January 4, 2013 status conference until February 4, 2013 and an order of excludable delay, in the interests of justice, from January 4, 2013 until February 4, 2013.

                              Respectfully submitted,

                              Loretta E. Lynch
                              United States Attorney
                              Eastern District of New York

By: _____
      Charles Kleinberg
      Assistant U.S. Attorney
      (718) 254-6012