

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

_____

271 Cadman Plaza East
Brooklyn, New York  11201

January 1, 2013

By ECF

The Honorable Sterling Johnson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  United States v. Chaim Lebovits, et. al.,
             CR 11-134 (S-1)(SJ)(SMG)

Dear Judge Johnson:

        By letter dated yesterday, December 31, 2012 (the
"12/31 Letter"), the government, in the above captioned
case, moved the Court to adjourn the status conference
presently scheduled for this Friday, January 4, 2013, for 30
days, until February 4, 2013, and for an order of excludable
delay, in the interests of justice, from January 4, 2013
until February 4, 2013, for the reasons stated in the 12/31
Letter.  The 12/31 Letter is attached hereto as Exhibit 1.
At the time of the 12/31 Letter, however, the government had
not yet heard from two of the five defendants as to whether
those two defendants consent to the government's motion.
The government writes to advise the Court that all five of
the defendants have now consented to the government's
motion.

        Accordingly, the government moves, on consent of
all five of the defendants, to adjourn the status conference
presently scheduled for January 4, 2013 for 30 days, until
February 4, 2013, and for an order of excludable delay, in

the interests of justice, from January 4, 2013 until
February 4, 2013, for the reasons stated in Exhibit 1
hereto.

Respectfully submitted,

Loretta E. Lynch
United States Attorney
Eastern District of New York


By: _____

Charles Kleinberg
Assistant U.S. Attorney
(718) 254-6012