# Hafetz Necheles & Rocco, LLP

ATTORNEYS AT LAW

One Grand Central Place
60 East 42nd Street
New York, N.Y. 10165

TELEPHONE: (212) 997-7400
TELECOPIER: (212) 997-7646
E-MAIL: INFO@HNRLAWOFFICES.COM

March 19, 2014

VIA ECF

The Hon. Sterling Johnson, Jr.
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *United States v. Lebovits, et al.*,
        11 Crim. 134 (SJ-SMG)

Dear Judge Johnson:

    I write with the consent of the government to respectfully request permission for Mr. Neuman to travel to Pennsylvania over the Passover holiday and to adjourn his surrender date to the Bureau of Prisons by one day.

    Mr. Neuman's conditions of pre-trial release restrict his travel to the Eastern and Southern Districts of New York. Mr. Neuman respectfully requests permission to travel to Pennsylvania to attend a religious retreat with his family over the Passover holiday, leaving New York City on April 13, 2014 and returning to New York City on April 23, 2014. Mr. Neuman would be staying at The Inn at Pocono Manor, 1 Manor Drive, Pocono Manor, PA 18349.

    Additionally, Mr. Neuman respectfully requests that his April 23, 2014 surrender date to the Bureau of Prisons be adjourned for one day to April 24, 2014. AUSA Todd Kaminsky consents to Mr. Neuman's travel request and request for an adjourned surrender date.

    If these requests meets with Your Honor's approval, I respectfully request that the Court "so order" this letter.

Respectfully submitted,

Noah E. Shelanski

cc: All Counsel (*via ECF*)