# HAFETZ NECHELES & ROCCO, LLP

ATTORNEYS AT LAW

ONE GRAND CENTRAL PLACE
60 EAST 42ND STREET
NEW YORK, N.Y. 10165

TELEPHONE: (212) 997-7400
TELECOPIER: (212) 997-7646
E-MAIL: INFO@HNRLAWOFFICES.COM

March 21, 2014

VIA ECF

The Hon. Sterling Johnson, Jr.
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *United States v. Lebovits, et al.,*
           11 Crim. 134 (SJ-SMG)

Dear Judge Johnson:

      I write to respectfully ask Your Honor to reconsider one part of Mr. Neuman's motion which Your Honor denied yesterday. In making this motion Mr. and Mrs. Neuman are very aware that Your Honor has already shown them tremendous sympathy in sentencing Mr. Neuman to a sentence below the Guidelines. We are grateful for that consideration but ask that Your Honor extend to the Neuman family one more consideration.

      We note that the government - AUSA Todd Kaminsky - does not oppose Mr. Neuman's motion.

      Mr. Neuman was sentenced by Your Honor to a sentence of imprisonment of one year and one day. Your Honor directed that he surrender on April 23, the day after Passover ends. On behalf of Mr. Neuman, we made a motion that (1) he be allowed to travel with his family to Pennsylvania during Passover and (2) that his surrender date be adjourned for one day. Your Honor denied this motion.

      Upon review I see that my associate, Noah Shelanski, did not fully explain the reasons for our request so I write this letter to explain and to ask Your Honor to reconsider your decision.

      As Your Honor will recall, Mr. Neuman's wife is emotionally fragile. She was hopeful that before he went away to jail that the family could spend a week together at a religious retreat during Passover.

      This is particularly important to Mrs. Neuman because Passover is a very stressful time for women in an Orthodox Jewish home. First, if the family is staying home the woman must completely clean the house out, emptying all drawers and shelves and closets and cleaning them out to make sure that there are no bread crumbs anywhere. All food must be thrown out and

## Hafetz Necheles & Rocco, LLP

The Hon. Sterling Johnson, Jr.
April 24, 2012
Page 2 of 2

new, "Kosher for Passover" food purchased. Passover plates, silverware, and cookware must be taken out and cleaned and other plates, silverware and cookware must be put away. All kitchen surfaces must be cleaned and covered. It is a tremendous amount of work.

In addition to this housekeeping work, the children are all out of school for the duration of the Passover holiday. Many of their friends are away so caring for the children adds more work and stress on the mother.

One way that many women avoid this overwhelming amount of work and stress is to go away with their families to religious retreats. That is what the Neuman family did last year, with Your Honor's permission.

Mrs. Neuman is already under a great deal of stress due to her husband's upcoming surrender to jail. We respectfully ask that Your Honor reconsider your denial of Mr. Neuman's motion to travel and permit him to travel to Pennsylvania with his family for the duration of the Passover holiday, leaving New York on April 13, 2014 and returning to New York City on April 23, 2014.

The second part of our motion asked that Mr. Neuman's surrender date be adjourned for one day. The reason for this was because Mr. Neuman's children will not have been in school for eight days. He wanted to be able to take them to school on the day after Passover and speak to their teachers. However, we are not renewing our request for this portion of the motion.

Accordingly, we respectfully request that Your Honor reconsider your denial of Mr. Neuman's motion and permit him to travel with his family to Pennsylvania for Passover.

Respectfully submitted,

s/s

Susan R. Necheles

cc:   All Counsel (*via ECF*)