

26 Court Street, Suite 1200
Brooklyn, New York 11242
Tel: (212) 943-4300
Fax: (646) 943-8151

July 27, 2017

<u>Via ECF</u>:

Honorable Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *U.S. v. Lebovits, et. al.*,
          Case No. 11-cr-00134 (SJ)

Dear Judge Johnson:

      This office represents Moses Neuman in the above-referenced matter. This correspondence is respectfully submitted to request that the conditions of Mr. Neuman's release be modified to permit travel to trade shows for business purposes.

      In April 2013, Mr. Neuman pled guilty. (Dkt. No. 153). He has completed his incarceration sentence of twelve months and one day, and currently has less than eight months remaining on his three-year supervised release. Under the conditions of his release, his travel is limited to the Eastern District of New York. (Dkt. No. 217 at 3). He has been in full compliance with the conditions of release.

      In the past, Mr. Neuman's probation officer permitted him to travel to trade shows in Colorado, Florida and for medical and personal reasons to Germany and Israel.

      Mr. Neuman is in the medical supply business. During the past two years, Mr. Neuman was involved in the development of approximately 70 medical supply products. Mr. Neuman desires now to travel to the below listed trade shows to exhibit his newly created products and by the same token be informed of other new products being developed in the medical industry. His attendance at these trade shows is critical for him meet new clients, keep his products up to date, keep his products in accordance with industry standards and be informed of the market's demands.

Hon. Sterling Johnson, Jr.
July 27, 2017
Page 2

Mr. Neuman seeks permission to travel to the following destinations on the following dates:

| Name of Show | Event | Starts | Ends | City, State | Country |
| --- | --- | --- | --- | --- | --- |
| 69th AACC Annual Scientific Meeting & Clinical Lab Expo | Trade Show | July 30, 2017 | August 3, 2017 | San Diego, CA | USA |
| FIME-Florida International Medical Expo | Trade Show | August 8, 2017 | August 10, 2017 | Orlando, FL | USA |
| National Association of Chain Drug Stores (NACDS) | Trade Show | August 19, 2017 | August 22, 2017 | San Diego, CA | USA |
| School & Office Supplies EPPS | Trade Show | August 20, 2017 | August 23, 2017 | Chicago, IL | USA |
| Health Care EPPS and ISSA/Interclean North America 2017 | Trade Show | September 11, 2017 | September 14, 2017 | Henderson and Las Vegas, NV | USA |
| Biofach America - All Things Organic | Trade Show | September 14, 2017 | September 16, 2017 | Baltimore, MD | USA |
| InnoPack Innovative Pharma Packaging Solutions at CPhI | Trade Show | October 24, 2017 | October 26, 2017 | Frankfurt, Main, Hesse | Germany |
| CMEF Autumn China International Medical Equipment Fair and Canton Fair, Fall | Trade Show | October 29, 2017 | November 4, 2017 | Kunming, Yunnan and Guangdong Sheng | China |

It should be noted that Mr. Neuman will submit additional travel requests during the months of October and November, but is now seeking permission to travel to international destinations in October and November, three months from now, because in his visa application to China disclosure of his criminal conviction is required. As such, Mr. Neuman seeks an Order permitting him to travel prior to applying for a visa.

Alternatively, if this Court does not wish to be burdened with Mr. Neuman's travel requests, we respectfully submit that the Court grant the Probation Department authority to grant or deny Mr. Neuman's requests to travel.

Hon. Sterling Johnson, Jr.
July 27, 2017
Page 3

    My colleague, Michael T. Mullen, counsel for codefendant Yudah Neuman, has conferred on behalf of both his client Yudah and my client Moses with Probation Officer Vincent Danielo (631-712-6321) and I spoke to Assistant U.S. Attorney Tanisha Payne, and both advised that they do not object to the foregoing request.

                                      Respectfully submitted,

                                      Leopold Gross

cc:  Tanisha Payne, Esq., U.S. Attorney's Office (via ECF)
      Vincent Danielo, Probation Officer (via email)