**LEOPOLD GROSS, PLLC**
ATTORNEYS AT LAW

26 Court Street, Suite 1200
Brooklyn, New York 11242
Tel: (212) 943-4300
Fax: (646) 943-8151

January 3, 2018

<u>Via ECF</u>:

Honorable Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *U.S. v. Lebovits, et. al.*,
        Case No. 11-cr-00134 (SJ)

Dear Judge Johnson:

    This office represents Moses Neuman in the above-referenced matter. This correspondence is respectfully submitted to request that the conditions of Mr. Neuman's release be modified to permit travel to the below listed trade show for business purposes.

    In April 2013, Mr. Neuman pled guilty. (Dkt. No. 153). He has completed his incarceration sentence of twelve months and one day, and currently has less than four months remaining on his three-year supervised release. Under the conditions of his release, his travel is limited to the Eastern District of New York. (Dkt. No. 217 at 3). He has been in full compliance with the conditions of release.

    In the past, Mr. Neuman's probation officer and this Court permitted him to travel to domestic and international trade shows.

    Mr. Neuman is in the medical supply business. During the past two years, Mr. Neuman was involved in the development of approximately 70 medical and educational products. Mr. Neuman desires now to travel to the below listed trade show to attend lectures designed to enhance his ability to sell his newly created products on Amazon.

    Mr. Neuman seeks permission to travel to the following destination on the following date:

| Name of Show | Event | Starts | Ends | City, State | Country |
| --- | --- | --- | --- | --- | --- |
| Illuminati Mastermind Live Conference Event | Trade Show | January 21, 2018 | January 24, 2018 | Koloa, Hawaii | United States |

Hon. Sterling Johnson, Jr.
January 3, 2018
Page 2

    Mr. Neuman is a Sabbath Observer. His religious belief, being a Hassidic Orthodox Jew, prohibits him from traveling on Saturday, his day of rest. Mr. Neuman, therefore, seeks permission to travel to Hawaii Thursday night, January 18, 2018, notwithstanding that the show starts on Sunday, January 21, 2018.

    Alternatively, if this Court does not wish to be burdened with Mr. Neuman's travel requests, we respectfully submit that the Court grant the Probation Department authority to grant or deny Mr. Neuman's requests to travel.

    On January 3, 2018, I conferred via email with Probation Officer Vincent Danielo (631-712-6321) and Assistant U.S. Attorney Tanisha Payne and both advised that they do not object to the foregoing travel request.

Respectfully submitted,

Leopold Gross

cc: Tanisha Payne, Esq., U.S. Attorney's Office (via ECF)
     Vincent Danielo, Probation Officer (via email)